UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| Andrea K. Savidge, individually, and as the representative of a class of similarly-situated persons | ) ) ) | |
| AND | ) ) | Civil Action No. 3:17-cv-186-TBR |
| Beth A. Lynch, individually, and as the representative of a class of similarly-situated persons | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| | ) | |
| v. | ) ) | |
| Pharm-Save, Inc., d/b/a Neil Medical Group | ) ) ) | |
| | ) | |
| AND | ) ) | |
| Neil Medical Group, Inc., f/k/a Britthaven of Onslow, Inc. | ) ) ) | |
| | ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

## NOTICE OF REMOVAL AND
## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants Pharm-Save, Inc. d/b/a Neil Medical Group and Neil Medical Group, Inc.,

f/k/a Britthaven of Onslow, Inc. ("Defendants"), pursuant to 28 USC §§ 1441 and 1446, hereby

give notice of the removal of this action from the Circuit Court of Jefferson County, Kentucky,

to the United States District Court for the Western District of Kentucky, Louisville Division.  In

support of the Notice of Removal, the Defendants state as follows:

1

## I.  NOTICE OF REMOVAL IS FILED TIMELY

The Plaintiffs filed this suit in Jefferson Circuit Court, Division 10, Commonwealth of Kentucky, on March 2, 2017.  Plaintiffs filed suit against Defendants, and is styled as follows: *Andrea K. Savidge, individually, and as the representative of a class of similarly-situated persons, and Beth A. Lynch, individually, and as the representative of a class of similarly-situated persons v. Pharm-Save, Inc., d/b/a Neil Medical Group and Neil Medical Group, Inc., f/k/a Britthaven of Onslow, Inc.,* Jefferson Circuit Court, Civil Action No. 17-CI-1134. Defendant Pharm-Save, Inc. first received the Summons and Complaint in this action on or about March 7, 2017.  The Defendant Neil Medical Group, Inc. was served with the Summons and Complaint by the Kentucky Secretary of State on or about March 16, 2017.  This Notice of Removal is therefore filed within the time period required by § 28 U.S.C. 1446(b).

## II.    NATURE OF SUIT

In this action, the Plaintiffs contend that the Defendants are liable for an alleged theft by third party criminals of Plaintiffs' sensitive and personal information in the Defendants' possession, which allegedly resulting in Plaintiffs' social security numbers being illegally obtained by the third-party criminals.  Plaintiffs seek compensatory and punitive damages, injunctive relief, pre and post-judgment interest and various costs.  The Plaintiffs also demand a jury trial.  Defendants dispute all claims made by Plaintiffs, deny that they were negligent, and further deny any liability to the Plaintiffs.

## III.  BASIS FOR REMOVAL

Subject matter jurisdiction is proper in this Court based on the diversity of citizenship provision of 28 U.S.C. § 1332(a), as the alleged amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the controversy is wholly between citizens of

different states.  Consequently, the pending state court action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

### A.    Diversity of Citizenship Exists Between Plaintiff and Defendants

Upon information and belief, as stated in the Plaintiffs' Complaint, Plaintiffs Andrea K. Savidge and Beth A. Lynch are citizens of the Commonwealth of Kentucky at the time of the filing of this Notice of Removal.

For purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1).  Pharm-Save, Inc. is incorporated under the laws of the State of North Carolina and has its principal place of business in North Carolina.  As a result, Pharm-Save, Inc. is a citizen of North Carolina.

Neil Medical Group, Inc. is incorporated under the laws of the State of North Carolina, and has its principal place of business in North Carolina.  As a result, Neil Medical Group, Inc. is a citizen of North Carolina.

Accordingly, Defendants are citizens of the State of North Carolina, their places of incorporation and principal places of business.

Therefore, as demonstrated by the preceding citizenship of the parties, this suit involves a controversy between citizens of different states.

Pharm-Save, Inc. and Neil Medical Group, Inc. are the only defendants named in the Complaint and both consent to removal.

### B.    Amount in Controversy

The Complaint filed by the Plaintiffs reasonably appears to seek damages in excess of $75,000, exclusive of interest and costs.  The Plaintiffs, for themselves and for their putative

class claim monetary damages for: "actual damages, punitive and/or exemplary damages and statutory damages permitted by law." (Complaint, Section IV.) The Plaintiff also seeks non-monetary relief in the form of declaratory and injunctive relief against the Defendants. (Id.) Additionally, the Plaintiffs seek "all costs, including experts' fees and attorneys' fees, and the costs of prosecuting his action" and "pre-judgment and post-judgment interest…." (Id.)

### IV.  THE NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

This Notice of Removal is procedurally correct. The Defendants have attached to this notice the complete State Court Record of Proceedings. Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending. The Defendants are simultaneously filing a copy of this Notice of Removal with the Clerk of the State court in which the action has been pending.

### V.  RESERVATION OF RIGHTS TO AMEND, ASSERT ADDITIONAL DEFENSES

Defendants reserve the right to amend or supplement this Notice of Removal.

Defendants reserve all defenses, including, without limitation, the defense of lack of personal jurisdiction.

### VI. PRAYER FOR RELIEF

The requisite diversity of citizenship between Plaintiffs and Defendants and the amount in controversy, as required by 28 U.S.C. § 1332, have been satisfied. Therefore, this matter is removable to federal court pursuant to 28 U.S.C. § 1332 and § 28 U.S.C. 1441(a).

**WHEREFORE**, based upon this Court's original jurisdiction over diverse citizens, Pharm-Save, Inc., and Neil Medical Group, Inc. respectfully request that this cause proceed in this Court, as an action properly removed from the Jefferson Circuit Court, Commonwealth of Kentucky.

Respectfully Submitted,

THOMPSON MILLER & SIMPSON PLC

*/s/ Byron N. Miller*
Byron N. Miller, Esq.
Mitchel T. Denham, Esq.
Michael Bender, Esq.
Joey Wright, Esq.
THOMPSON MILLER & SIMPSON PLC
734 West Main Street, Suite 400
Louisville, Kentucky 40202
Telephone: (502) 585-9900
Facsimile: (502) 585-9993
*Counsel for Defendants, Pharm-Save, Inc.*
*And Neil Medical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed this 27th day of March, 2017, electronically through the operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A true and correct copy of the foregoing was also mailed to the following:

Teddy B. Gordon
807 West Market Street
Louisville, Kentucky 40202
*Counsel for Plaintiff*

Peter J. Jannace
807 West Market Street
Louisville, Kentucky 40202
*Counsel for Plaintiff*

Clerk
Jefferson Circuit Court
700 West Jefferson Street
Louisville, Kentucky 40202

*/s/ Byron N. Miller*
*Counsel for Defendants, Pharm-Save, Inc.*
*And Neil Medical, Inc.*