

17-CI-1134

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.        SC 10

1. Article Addressed to:

DAVID VANCE – PHARM-SAVE, INC
COLL, HAYDEN & VANCE
210 WASHINGTON STREET
FRANKFORT, KY 40601
· 17-CI-1134

‖‖‖‖‖ ‖‖‖‖ ‖‖‖ ‖‖‖ ‖‖‖‖‖ ‖‖‖ ‖‖‖ ‖‖‖
9590 9402 2483 6306 6975 56

2. Article Number (Transfer from service label)

7016 0068 0000 0472 9707

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Melony Smith          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Melony Smith

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Filed          17-CI-0011     3/02/2017          David L. Nichols     Jefferson Circuit Clerk

NO. _____

JEFFERSON CIRCUIT COURT
DIVISION: _____
JUDGE: _____

(*ELECTRONICALLY FILED*)

ANDREA K. SAVIDGE, individually,                          **PLAINTIFFS**
and as the representative of a class
of similarly-situated persons,
700 Amherst Place
Louisville, Kentucky 40223

-AND-

BETH A. LYNCH, individually,
and as the representative of a class
of similarly-situated persons,
10512 Leven Boulevard
Louisville, Kentucky 40229

VS.                    **VERIFIED COMPLAINT**

PHARM-SAVE, INC., d/b/a NEIL
MEDICAL GROUP,
2545 Jetport Road
Kinston, North Carolina 28504

> JURY FEE PAID

     **SERVE:**     DAVID VANCE
               Cull, Hayden & Vance
               210 Washington Street
               Frankfort, Kentucky 40601
               **Registered Agent**

-AND-

NEIL MEDICAL GROUP, INC., f/k/a
BRITTHAVEN OF ONSLOW, INC.,
2545 Jetport Road
Kinston, North Carolina 28504

     **SERVE:**     OFFICE OF THE SECRETARY OF STATE
               Summons Branch
               700 Capital Avenue
               Suite 86
               Frankfort, Kentucky 40601          **DEFENDANTS**

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

COM : 000001 of 000018

Filed        17-CI-0011    03/02/2017        David L. Nichols,    Jefferson Circuit Clerk

* * * * * * * * * * * *

**COME THE PLAINTIFFS**, ANDREA K. SAVIDGE, individually, and as the

representative of a class of similarly-situated persons (hereinafter Ms. "Savidge") and

BETH A. LYNCH, individually, and as the representative of a class of similarly-situated

persons (hereinafter Ms. "Lynch", and collectively, the "Plaintiffs"), by and through their

attorneys, Teddy B. Gordon and Peter J. Jannace, that as and for their VERIFIED

COMPLAINT pursuant to Kentucky Revised Statutes (hereinafter "KRS") TITLE XXIX

-- COMMERCE AND TRADE, Chapter 365 and Kentucky Rules of Civil Procedure

Rule 23 hereby respectfully allege, upon information and belief, as follows:

## I.    THE PARTIES

1.    That the Plaintiff, Ms. Savidge, resides at 700 Amherst Place Louisville,

Kentucky 40223, County of Jefferson;

2.    That the Plaintiff, Ms. Lynch, resides at 10512 Leven Boulevard Louisville,

Kentucky 40229, County of Jefferson;

3.    That at all times relevant hereto, the Defendant, PHARM-SAVE, INC. d/b/a

NEIL MEDICAL GROUP (hereinafter "Pharm-Save"), was and is a North Carolina

corporation, with its principal place of business located at 2545 Jetport Road Kinston,

North Carolina 28504, organized and existing under the laws of the State of North

Carolina with the power to sue and be sued and it is subject to the venue and jurisdiction

of this court pursuant to KRS 454.210;

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000002 of 000018

-2-

Filed          17-CI-0013   03/02/2017        David L. Nichols      Jefferson Circuit Clerk

4.     That Pharm-Save's agent for service of process listed on the official website for the Secretary of State of the Commonwealth of Kentucky is: David Vance; Cull, Hayden & Vance 210 Washington Street Frankfort, Kentucky 40601;

5.     That at all times relevant hereto, the Defendant, NEIL MEDICAL GROUP, INC. f/k/a BRITTHAVEN OF ONSLOW, INC. (hereinafter "Neil Medical", and collectively, the "Defendants"), was and/or is a North Carolina corporation, with its principal place of business located at 2545 Jetport Road Kinston, North Carolina 28504, organized and existing under the laws of the State of North Carolina with the power to sue and be sued and it is subject to the venue and jurisdiction of this court pursuant to KRS 454.210;

6.     That Neil Medical is not listed on the official website for the Secretary of State of the Commonwealth of Kentucky and therefore Neil Medical's appointed agent for service of process pursuant to the "long arm" statute of the Commonwealth of Kentucky, KRS 454.210(3)(a), is the Office of the Secretary of State, Summons Branch, 700 Capital Avenue, Suite 86, Frankfort, Kentucky 40601;

7.     That Ms. Savidge was employed with the Defendants in the position of Pharmacy Technician from 2013 to 2015;

8.     That Ms. Lynch was employed with the Defendants in the position of Staff Pharmacist from 2013 to 2014; and

9.     That Neil Medical, upon information and belief, constitutes a mere instrumentality and alter ego of Pharm-Save (and/or vice-versa), as the two corporate entities share the exact same: (1) corporate governance, (2) registered office, (3) principal office, (4) registered agent, (5) mailing address and (6) employees. Moreover, the North Carolina Department of Revenue has suspended Neil Medical as a corporation and, as

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000003 of 000018

-3-

Filed          17-CI-001134     03/02/2017          David L. Nicholson     Jefferson Circuit Clerk

explained *supra*, Neil Medical is not registered with the Secretary of State of the Commonwealth of Kentucky, so corporate formalities do not appear to be followed;

## II.     CLASS ALLEGATIONS

10.     That the legal and factual allegations contained in Verified Complaint Paragraph(s) One (1) through Nine (9) are repeated and re-alleged as if fully set forth herein;

11.     That the Plaintiffs bring this suit against the Defendants as a class action, prosecuted by the named representatives individually, and on behalf of a class of similarly situated persons, *to wit*, those individuals whose sensitive and personal information contained in their Form W-2 Wage and Tax Statement(s) (hereinafter "W-2(s)") was compromised via a data security breach that occurred on or about March 3, 2016, pursuant to Kentucky Rules of Civil Procedure, Rule (hereinafter "CR") 23.01 and CR 23.02(c). Subject to additional information obtained through further investigation and/or discovery, the foregoing definition of the Plaintiff Class may be expanded or narrowed. The proposed Plaintiff Class is as follows:

> **Plaintiff Class:** All persons who, like ANDREA K. SAVIDGE and BETH A. LYNCH, were the victims of a data security breach that occurred on or about March 3, 2016 wherein their sensitive and personal data was compromised;

12.     That excluded from the Plaintiff Class are: (1) Defendants, Defendants' subsidiaries and any entity which Defendants have a controlling interest in; and (2) the Judge assigned to this case and any member of his or her immediate family. Plaintiffs expressly reserve the right to modify the Plaintiff Class definition as further investigation and/or discovery so warrants;

-4-

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000004 of 000018

Filed          17-CI-001134     03/02/2017          David L. Nicholson, Jefferson Circuit Clerk

Filed          17-CI-0011      03/02/2017      David L. Nichols,   Jefferson Circuit Clerk

13.    That this action has been brought and may properly be maintained as a class action pursuant to CR 23 and the case law thereunder;

14.    **Numerosity:** That the members of the Plaintiff Class are so numerous that joinder of all members is impracticable. Plaintiffs reasonably believe that the Plaintiff Class is comprised of numerous individuals throughout the Commonwealth of Kentucky and elsewhere;

15.    **Commonality:** That common questions of law and fact exist as against the Defendants in this action. These common questions predominate over any questions affecting only individual Plaintiff Class members. These common legal and factual questions include, but are not limited to, the following:

- whether or not the Defendants owed the members of the Plaintiff Class a duty to safeguard their information;
- whether or not the Defendants breached that duty;
- whether or not the Defendants have invaded the privacy of the members of the Plaintiff Class;
- whether or not the Plaintiff Class members have sustained monetary loss, and the proper measure of that loss;
- whether or not the Plaintiff Class members are entitled to punitive and/or exemplary damages; and
- whether or not the Plaintiff Class members are entitled to declaratory and injunctive relief.

These and other questions of law and/or fact are common to members of the Plaintiff Class and predominate over any questions affecting only individual members of it;

16.    **Typicality:** That the Plaintiffs' claims against the Defendants are typical of the claims of the similarly situated members of the Plaintiff Class, as the Plaintiffs assert claims against the Defendants flowing from a single security breach that occurred on or about March 3, 2016. Conversely, the Defendants, by and through one or more agent(s) thereof, engaged in a unitary course of conduct that forms the basis of this lawsuit. The

-5-

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000005 of 000018

Filed         17-CI-0011     03/02/2017          David L. Nichols      Jefferson Circuit Clerk

Plaintiffs are advancing the same claims and legal theories on behalf of themselves and all absent members of the Plaintiff Class;

17.    **Adequacy:** That the Plaintiffs' claims are made in a representative capacity on behalf of the other members of the Plaintiff Class. The Plaintiffs have no interests antagonistic to the interests of the other members of the Plaintiff Class and are subject to no unique defenses;

18.    That the Plaintiffs are similarly situated in interest to all members of the proposed Plaintiff Class and are committed to the vigorous prosecution of this action and have retained competent counsel experienced in the prosecution of class actions. Accordingly, the Plaintiffs are adequate representatives of the Plaintiff Class and will fairly and adequately protect the interests of the members of the Plaintiff Class; and

19.    That this suit may be maintained as a class action under CR 23.02(c) because a class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. The injury suffered by each individual class member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Defendants' conduct. It would be virtually impossible for members of the Plaintiff Class individually to redress the wrongs perpetrated upon them. Even if the members of the Plaintiff Class could afford such litigation, the court system cannot. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation increases the delay and expense to all parties, and to the court system, presented by the complex legal and factual issues of the case. By contrast, the

-6-

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

COM : 000006 of 000018

Filed          17-CI-0011    03/02/2017          David L. Nichols    Jefferson Circuit Clerk

class action device presents no management difficulties, and provides the benefits of

single adjudication, economy of scale and comprehensive supervision by a single court;

### III.   CAUSE(S) OF ACTION

### AS AND FOR A FIRST CAUSE OF ACTION
### NEGLIGENCE

20.     That the legal and factual allegations contained in Verified Complaint

Paragraph(s) One (1) through Nineteen (19) are repeated and re-alleged as if fully set

forth herein;

21.     That on or about March 1, 2016, the Internal Revenue Service published IR-2016-

34 (hereinafter the "IRS Warning"), warning Payroll and HR Professionals of an

emerging phishing scheme whereby cybercriminals posing as company executives would

request W-2 information. The IRS Warning, *inter alia*, emphatically stated that

"[e]veryone has a responsibility to remain diligent about confirming the identity of

people requesting personal information about employees." The IRS Warning moreover

advised that "[c]riminals using personal information stolen elsewhere seek to monetize

data, including by filing fraudulent tax returns for refunds." The IRS Warning is annexed

hereto as Exhibit A;

22.     That upon information and belief, on or about March 3, 2016, a scheme precisely

like the one described in the IRS Warning befell Defendants, wherein one or more

agent(s) thereof released sensitive and personal information contained in the W-2s of the

Plaintiffs and all other members of the Plaintiff Class to cybercriminals;

23.     That on or about March 24, 2016, Defendants transmitted a notice to Plaintiffs

(and presumably the absent members of the Plaintiff Class) wherein, *inter alia*, the

Defendants notified the Plaintiffs of the March 3, 2016 breach. The notices from

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000007 of 000018

-7-

Filed          17-CI-0011        03/02/2017          David L. Nichols      Jefferson Circuit Clerk

Defendants to the Plaintiffs are annexed, collectively, as <u>Exhibit B</u>;

24.     That cybercriminals did, indeed, file a fraudulent tax return for Ms. Savidge. <u>See</u>

March 29, 2016 letter from IRS, annexed hereto as <u>Exhibit C</u>;

25.     That the cybercriminals who obtained the Plaintiffs' and the absent members of

the Plaintiff Class's W-2 information may continue to exploit the data themselves and/or

sell the data in the so-called "dark markets." Having obtained the Plaintiffs and the absent

members of the Plaintiff Class's names, addresses and Social Security numbers,

cybercriminals can pair the data with other available information to commit a broad range

of fraud in a Plaintiff's name, including but not limited to:

      a.    obtaining employment;

      b.    obtaining a loan;

      c.    applying for credit cards or spending money;

      d.    filing false tax returns;

      e.    obtaining medical care;

      f.    stealing Social Security and other government benefits; and

      g.    applying for a driver's license, birth certificate or other public document;

26.     That in addition, if a Plaintiff's Social Security number is used to create a false

identification for someone who commits a crime, that individual may become entangled

in the criminal justice system, impairing his or her ability to gain employment or obtain a

loan;

27.     That for the rest of their lives, Plaintiffs and the absent members of the Plaintiff

Class will bear a heightened risk of all manners of identity theft;

28.     That the Defendants owed the Plaintiffs and the absent members of the Plaintiff

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000008 of 000018

-8-

Filed        17-CI-0011        03/02/2017        David L. Nichols        Jefferson Circuit Clerk

class a duty of ordinary and reasonable care to safeguard their personal and sensitive information, to the same extent that a reasonably prudent person would behave under the circumstances;

29.     That the Defendants had full knowledge of the sensitivity of the W-2 information and the types of harm that Plaintiffs and class members could and would suffer if that information was wrongfully disclosed. Defendants had a duty to Plaintiffs and each class member to exercise reasonable care in holding, safeguarding and protecting that information. Plaintiffs and the class members were the foreseeable victims of any inadequate safety and security practices. Plaintiffs and the other class members had absolutely no ability to protect their data that was in Defendants' possession;

30.     That the Defendants' duty to the Plaintiffs and other class members included, *inter alia*, establishing processes and procedures to protect the personal and sensitive information from wrongful disclosure and training employees who had access to that information as to those processes and procedures. Defendants' officers, directors and management knew or should have known of the risks associated with the wrongful disclosure of that entrusted information and the threats to that information posed by hackers, scammers and other cybercriminals;

31.     That in addition, Defendants had a duty to timely and adequately disclose to Plaintiffs and the other class members that their information had been compromised. Such timely disclosure was necessary to allow Plaintiffs and the other class members to (i) purchase identity protection services; (ii) monitor their bank accounts, credit cards and other financial accounts; and (iii) take other steps to protect against identity theft and the

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

COM : 000009 of 000018

-9-

Filed          17-CI-0011    03/02/2017       David L. Nichols    'efferson Circuit Clerk

fraudulent use of their information by third parties;

32.     That the Defendants clearly breached those duties;

33.     That as a direct and proximate result of Defendants' omissions and/or

commissions, Plaintiffs and the other class members suffered damages, including

additional expense associated with mitigating the risk of identity theft and lost time

attendant to those mitigation efforts, and/or the Defendants' omissions and/or

commissions were a substantial factor in Plaintiffs and the other class members incurring

those damages;

34.     That the Defendants have failed to provide adequate compensation for the

Plaintiffs and absent class members due to their negligence. To date, the Defendants have

offered the Plaintiffs just two years of limited identity theft protection through the

Experian ProtectMyID Service. Even if one of the Plaintiffs accepts the ProtectMyID

service, it will not provide any compensation for the costs and burdens associated with

the fraudulent tax returns that were filed prior to any Plaintiff signing up for

ProtectMyID. Defendants have not offered Plaintiffs any assistance in dealing with the

IRS or state tax agencies. Nor have the Defendants offered to reimburse Plaintiffs for the

costs – current and future – incurred as a result of fraudulently filed tax returns;

35.     That the offered ProtectMyID service is inadequate to protect the Plaintiffs from

the threats they face. It does nothing to protect **against** identity theft. Instead, it only

provides a measure of assistance after identity theft has been discovered. For example,

ProtectMyID only monitors Plaintiffs' **credit reports** – but fraudulent activity, such as

the filing of a false tax return, may not appear at all on a credit report. ProtectMyID **does**

**not** provide real time monitoring of Plaintiffs' credit cards and bank account statements.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000010 of 000018

-10-

Filed          17-CI-001¹   03/02/2017          David L. Nichols   Jefferson Circuit Clerk

Plaintiffs must pay extra for that service. Although ProtectMyID offers up to $1 million of identity theft insurance, the coverage afforded is limited and often duplicative of (or inferior to) basic protections provided by banks and credit card companies;

36.     That as a result of Defendants' negligence, Plaintiffs and the class members have suffered and will continue to suffer damages and injury including, but not necessarily limited to: (a) out-of-pocket costs associated with addressing false tax returns filed with the IRS and state tax agencies; (b) increased future out-of-pocket costs in connection with preparing and filing tax returns; (c) out-of-pocket costs associated with procuring identity protection and restoration services; (d) in the event of future identity theft, out-of-pocket costs associated with repairing credit, reversing fraudulent charges and other harms; and (e) lost productivity and enjoyment as a result of time spent monitoring, addressing and correcting future consequences of the breach;

37.     That the acts and/or omissions of Defendants and/or their agents thereof complained of herein were wanton and/or willful, that they were conducted in such a reckless manner and with such patent disregard for the rights of Plaintiffs and the members of the Plaintiff Class, whereby Defendants are liable to them for punitive and/or exemplary damages, as permitted by law; and, further, that Plaintiffs and the members of the Plaintiff Class seek an amount in punitive and/or exemplary damages that is fair and reasonable as shown by the evidence; and

38.     That pursuant to CR 8.01, the amount in controversy exceeds the minimum threshold of the Jefferson County Circuit Court;

## AS AND FOR A SECOND CAUSE OF ACTION
## NEGLIGENCE PER SE

39.     That the legal and factual allegations contained in Verified Complaint

-11-

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

COM : 000011 of 000018

Filed          17-CI-001134   03/02/2017          David L. Nicholson, Jefferson Circuit Clerk

Filed          17-CI-0011      03/02/2017      David L. Nichols     Jefferson Circuit Clerk

Paragraph(s) One (1) through Thirty-Eight (38) are repeated and re-alleged as if fully set forth herein;

40.     That the Kentucky General Assembly enacted AN ACT relating to the security of personal information (hereinafter the "Personal Information Security Law"), which was created by House Bill 232, and signed into law on April 10, 2014;

41.     That the Personal Information Security Law is codified in KRS TITLE XXIX – COMMERCE AND TRADE, Chapter 365: Trade Practices (hereinafter "KRS 365"), and that those pertinent sections of the KRS are hereby made a part hereof as if the same was herein fully set forth at length;

42.     That Section 720 of KRS 365: "Definitions for KRS 365.720 to 365.730" (3) defines the term "Individual" as a "natural person";

43.     That Section 732 of KRS 365: "Notification to affected persons of computer security breach involving their unencrypted personally identifiable information" (hereinafter "KRS 365.732") (1)(a) defines the term "Breach of the security of the system" as an:

> **unauthorized acquisition of unencrypted and unredacted computerized data** that compromises the security, confidentiality, or integrity of personally identifiable information maintained by the information holder as part of a database regarding multiple individuals that **actually causes, or leads the information holder to reasonably believe has caused or will cause, identity theft or fraud against any resident of the Commonwealth of Kentucky**…

KRS 365.732(1)(a) (emphasis added);

44.     That KRS 365.732(1)(b) further defines the term "Information holder" as "any… business entity that conducts business in [the Commonwealth of Kentucky]";

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000012 of 000018

-12-

Filed        17-CI-0011    03/02/2017        David L. Nichols    Jefferson Circuit Clerk

45.    That KRS 365.732(1)(c) further defines "Personally identifiable information" as "an individual's first name or first initial and last name in combination with any one (1) or more of the following data elements, when the name or data element is not redacted: 1. Social Security number…";

46.    That KRS 365.732(2) mandates that:

> [a]ny information holder **shall disclose any breach of the security of the system,** following discovery or notification of the breach in the security of the data, to any resident of Kentucky whose unencrypted personal information was, or is reasonably believed to have been, acquired by an unauthorized person. **The disclosure shall be made in the most expedient time possible and without unreasonable delay…**

KRS 365.732(2) (emphasis added);

47.    That the Plaintiffs and the absent members of the Plaintiff Class are natural persons and individuals for the purposes of KRS 365.720(3);

48.    That the Defendants certainly encountered a breach of the security of their system(s) on or about March 3, 2016. See Exhibit B;

49.    That Defendants did not notify Plaintiffs and the absent members of the Plaintiff Class until March 24, 2016, three (3) weeks after the breach. See ibid;

50.    That as a direct and/or proximate result of Defendants' delay in notifying the Plaintiffs and class members of the breach, Plaintiffs were subject to potentially avoidable harm which could have been mitigated by: (i) purchasing identity protection services; (ii) monitoring their bank accounts, credit cards and other financial accounts; and (iii) taking other steps to protect against identity theft and the fraudulent use of their information by third parties; and

51.    That pursuant to CR 8.01, the amount in controversy exceeds the minimum threshold of the Jefferson County Circuit Court;

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

COM : 000013 of 000018

-13-

Filed        17-CI-001134   03/02/2017        David L. Nicholson, Jefferson Circuit Clerk

## AS AND FOR A THIRD CAUSE OF ACTION
## INVASION OF PRIVACY

52.     That the legal and factual allegations contained in Verified Complaint

Paragraph(s) One (1) through Fifty-One (51) are repeated and re-alleged as if fully set

forth herein;

53.     That Defendants, through their agent(s), published private, sensitive and personal

facts of or concerning the Plaintiffs and the absent members of the Plaintiff Class;

54.     That the Plaintiffs and the absent members of the Plaintiff Class had an actual and

reasonable expectation of privacy in their sensitive and personal W-2 information which

was published;

55.     That the matters publicized are of a kind that would be highly offensive to a

reasonable person;

56.     That the matters publicized are not of legitimate concern to the public;

57.     That as a direct and proximate result of the aforesaid publication, the Plaintiffs

and the absent members of the Plaintiff Class suffered damages, as their sensitive and

personal information is literally in the hands of cybercriminals who intend to use that

information for nefarious purposes;

58.     That the acts and/or omissions of Defendants and/or their agents thereof

complained of herein were wanton and/or willful, that they were conducted in such a

reckless manner and with such patent disregard for the rights of Plaintiffs and the

members of the Plaintiff Class, whereby Defendants are liable to them for punitive and/or

exemplary damages, as permitted by law; and, further, that Plaintiffs and the members of

the Plaintiff Class seek an amount in punitive and/or exemplary damages that is fair and

-14-

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

COM : 000014 of 000018

Filed        17-CI-00111    03/02/2017      David L. Nichols      'efferson Circuit Clerk

reasonable as shown by the evidence; and

59.    That pursuant to CR 8.01, the amount in controversy exceeds the minimum

threshold of the Jefferson County Circuit Court;

## AS AND FOR A FOURTH CAUSE OF ACTION
## BREACH OF IMPLIED CONTRACT

60.    That the legal and factual allegations contained in Verified Complaint

Paragraph(s) One (1) through Fifty-Nine (59) are repeated and re-alleged as if fully set

forth herein;

61.    That Plaintiffs and the absent members of the Plaintiff Class provided their W-2

information in connection with their employment with Defendants in order to verify their

identity, receive compensation and in order for Defendants to have complete employee

records for tax purposes, amongst other things;

62.    That Plaintiffs and the absent members of the Plaintiff Class provided various

sensitive and personal information to Defendants as a condition precedent to their

employment with Defendants, or in connection with employer sponsored benefits;

63.    That, understanding the sensitive nature of the W-2 information, Defendants

implicitly promised Plaintiffs and the class members that they would take adequate

measures to protect their sensitive and personal information;

64.    That a material term of this contract is a covenant by Defendants that they will

take reasonable efforts to safeguard that information;

65.    That Plaintiffs and the class members relied upon that covenant and would not

have disclosed their W-2 information without assurances that it would be properly

safeguarded. Moreover, the covenant to adequately safeguard the W-2 information is an

implied term, to the extent it is not an express term;

-15-

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000015 of 000018

Filed          17-CI-0011      03/02/2017      David L. Nichols      Jefferson Circuit Clerk

66.    That Plaintiffs and the class members fulfilled their obligations under the contract by providing their W-2 information to Defendants;

67.    That Defendants, however, failed to safeguard and protect the W-2 information. Defendants' breach of its obligations under the contract between the parties directly caused Plaintiffs and the class members to suffer injuries;

68.    That Plaintiffs and the class members respectfully request that this honorable Court award all relevant damages for Defendants' breach of contract; and

69.    That pursuant to CR 8.01, the amount in controversy exceeds the minimum threshold of the Jefferson County Circuit Court;

### AS AND FOR A FIFTH CAUSE OF ACTION
### INTENTIONAL AND/OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

70.    That the legal and factual allegations contained in Verified Complaint Paragraph(s) One (1) through Sixty-Nine (69) are repeated and re-alleged as if fully set forth herein;

71.    That the Defendants engaged in extreme or outrageous conduct;

72.    That the afore-described conduct was intended to cause and/or the Defendants' actions indicate reckless disregard for the risk of causing, and did indeed cause severe emotional distress to the Plaintiffs and the absent members of the Plaintiff Class;

73.    That the acts and/or omissions of Defendants and/or their agents thereof complained of herein were wanton and/or willful, that they were conducted in such a reckless manner and with such patent disregard for the rights of Plaintiffs and the members of the Plaintiff Class, whereby Defendants are liable to them for punitive and/or exemplary damages, as permitted by law; and, further, that Plaintiffs and the members of

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000016 of 000018

-16-

Filed          17-CI-0011    03/02/2017        David L. Nichols    Jefferson Circuit Clerk

the Plaintiff Class seek an amount in punitive and/or exemplary damages that is fair and

reasonable as shown by the evidence; and

74.     That pursuant to CR 8.01, the amount in controversy exceeds the minimum

threshold of the Jefferson County Circuit Court;

### IV.     PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs, ANDREA K. SAVIDGE, individually, and as the

representative of a class of similarly-situated persons and BETH A. LYNCH,

individually, and as the representative of a class of similarly-situated persons respectfully

pray this Court to grant an Order, pursuant to Kentucky Revised Statutes TITLE XXIX –

COMMERCE AND TRADE, Chapter 365 and Kentucky Rules of Civil Procedure Rule

23: **(A)** certifying this case as a class action, appointing Plaintiffs ANDREA K.

SAVIDGE and BETH A. LYNCH as class representatives and appointing Plaintiffs'

counsel to represent the classes; **(B)** holding that Defendants PHARM-SAVE, INC. d/b/a

NEIL MEDICAL GROUP and NEIL MEDICAL GROUP, INC. f/k/a BRITTHAVEN

OF ONSLOW, INC. breached their duty to safeguard and protect Plaintiffs' and the class

members' personal and sensitive information that was compromised; **(C)** awarding

Plaintiffs and class members appropriate relief, including actual damages, punitive and/or

exemplary damages and statutory damages as permitted by law; **(D)** awarding equitable,

injunctive and declaratory relief as appropriate; **(E)** awarding all costs, including experts'

fees and attorneys' fees, and the costs of prosecuting this action; **(F)** awarding pre-

judgment and post-judgment interest as permitted by law; **(G)** conducting trial by jury

herein; **(H)** bestowing leave upon Plaintiffs to amend their VERIFIED COMPLAINT;

and **(I)** for such other and further relief as may be just, proper, and equitable.

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

COM : 000017 of 000018

-17-

Filed          17-CI-001          03/02/2017          David L. Nichols          Jefferson Circuit Clerk

Dated: March 2, 2017                              Respectfully submitted,
       Louisville, Kentucky


/s/ Peter J. Jannace                              /s/ Teddy B. Gordon by permission
PETER J. JANNACE                                  TEDDY B. GORDON
*Attorney for Plaintiffs*                         *Attorney for Plaintiffs*
807 West Market Street                            807 West Market Street
Louisville, KY 40202                              Louisville, KY 40202
PH: (646) 783-9810                                PH: (502) 585-3534
FX: (502) 585-3539                                FX: (502) 585-3539
peter.jannace@gmail.com                           tbearaty@aol.com

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000018 of 000018

-18-

IRS Alerts Payroll and HR Professionals to Phishing Scheme Involving...          https://www.irs.gov/uac/Newsroom/IRS-Alerts-Payroll-and-HR-Professi...

Filed          17-CI-0011     03/02/2017          David L. Nichols     Jefferson Circuit Clerk


# IRS

**News Essentials**

- What's Hot
- News Releases
- IRS - The Basics
- IRS Guidance
- Media Contacts
- Facts & Figures
- Around the Nation
- e-News Subscriptions

**The Newsroom Topics**

- Multimedia Center
- Noticias en Español
- Radio PSAs
- Tax Scams
- The Tax Gap
- Fact Sheets
- IRS Tax Tips
- Armed Forces
- Latest News Home

## IRS Alerts Payroll and HR Professionals to Phishing Scheme Involving W-2s

IR-2016-34, March 1, 2016

WASHINGTON — The Internal Revenue Service today issued an alert to payroll and human resources professionals to beware of an emerging phishing email scheme that purports to be from company executives and requests personal information on employees.

The IRS has learned this scheme — part of the surge in phishing emails seen this year — already has claimed several victims as payroll and human resources offices mistakenly email payroll data including Forms W-2 that contain Social Security numbers and other personally identifiable information to cybercriminals posing as company executives.

"This is a new twist on an old scheme using the cover of the tax season and W-2 filings to try tricking people into sharing personal data. Now the criminals are focusing their schemes on company payroll departments," said IRS Commissioner John Koskinen. "If your CEO appears to be emailing you for a list of company employees, check it out before you respond. Everyone has a responsibility to remain diligent about confirming the identity of people requesting personal information about employees."

IRS Criminal Investigation already is reviewing several cases in which people have been tricked into sharing SSNs with what turned out to be cybercriminals. Criminals using personal information stolen elsewhere seek to monetize data, including by filing fraudulent tax returns for refunds.

This phishing variation is known as a "spoofing" email. It will contain, for example, the actual name of the company chief executive officer. In this variation, the "CEO" sends an email to a company payroll office employee and requests a list of employees and information including SSNs.

The following are some of the details contained in the e-mails:

- Kindly send me the individual 2015 W-2 (PDF) and earnings summary of all W-2 of our company staff for a quick review.

- Can you send me the updated list of employees with full details (Name, Social Security Number, Date of Birth, Home Address, Salary).

- I want you to send me the list of W-2 copy of employees wage and tax statement for 2015, I need them in PDF file type, you can send it as an attachment. Kindly prepare the lists and email them to me asap.

The IRS recently renewed a wider consumer alert for e-mail schemes after seeing an approximate 400 percent surge in phishing and malware incidents so far this tax season and other reports of scams targeting others in a wider tax community.

The emails are designed to trick taxpayers into thinking these are official communications from the IRS or others in the tax industry, including tax software companies. The phishing schemes can ask taxpayers about a wide range of topics. E-mails can seek information related to refunds, filing status, confirming personal information, ordering transcripts and verifying PIN information.

The IRS, state tax agencies and tax industry are engaged in a public awareness campaign — Taxes. Security. Together. — to encourage everyone to do more to protect personal, financial and tax data. See IRS.gov/taxessecuritytogether or Publication 4524 for additional steps you can take to protect yourself.

Follow the IRS on New Media
Subscribe to IRS Newswire

*Page Last Reviewed or Updated: 04-Mar-2016*

Filed          17-CI-0011      03/02/2017      David L. Nichols.   Jefferson Circuit Clerk



# Nell Medical Group

Medical-Surgical Division • P.O. Box 1377 Kinston, NC 28503 • 1-800-735-9111 • Fax 1-800-527-3329

March 24, 2016

Beth Lynch
10512 Leven Blvd
Louisville, Ky 40229

<div align="center">

*RE: Important Security and Protection Notification*
*Please read this entire letter.*

</div>

Dear Beth:

We are contacting you regarding a data security incident that occurred on March 3, 2016 .

This incident involved the information provided on your W-2. As a result, your personal information may have been potentially exposed to others.  Please be assured that we have taken every step necessary to address the incident, and that we are committed to fully protecting all of the information that you have entrusted to us.

Specifically, it appears that an outside individual or group obtained copies of the W-2 forms which we sent to you and the IRS which would have included your social security number, address and your 2015 salary information. **This did not involve any "hacking" of any of our computer systems**.  It is possible that the criminal(s) may have filed  or may try to file fraudulent tax refunds in the names of our employees.

**What we are doing to protect your information:**
To help protect your identity, we are offering a **complimentary two-year membership of Experian's®** ProtectMyID® Alert.  This product helps detect possible misuse of your personal information and provides you with superior identity protection support focused on immediate identification and resolution of identity theft.

<div align="center">

**Activate ProtectMyID Now in Three Easy Steps**

</div>

1.  ENSURE **That You Enroll By: June 30, 2016**  (Your code will not work after this date.)
2.  VISIT the **ProtectMyID Web Site to enroll: www.protectmyid.com/redeem**
3.  PROVIDE your Activation Code: ECSMLCBYR
If you have questions or need an alternative to enrolling online, please call 877-371-7902 and provide engagement #  PC100293: .

<div style="writing-mode: vertical-rl">

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)          EXH : 000001 of 000006

</div>

Filed          17-CI-001134    03/02/2017      David L. Nicholson, Jefferson Circuit Clerk

Filed          17-CI-00115    03/02/2017          David L. Nicholas   Jefferson Circuit Clerk

## ADDITIONAL DETAILS REGARDING YOUR 12-MONTH PROTECTMYID MEMBERSHIP:

A credit card is not required for enrollment.

Once your ProtectMyID membership is activated, you will receive the following features:

- **Free copy of your Experian credit report**
- **Surveillance Alerts for:**
  - **Daily Bureau Credit Monitoring:** Alerts of key changes & suspicious activity found on your Experian, Equifax® and TransUnion® credit reports.
- **Identity Theft Resolution & ProtectMyID ExtendCARE:** Toll-free access to US-based customer care and a dedicated Identity Theft Resolution agent who will walk you through the process of fraud resolution from start to finish for seamless service.  They will investigate each incident; help with contacting credit grantors to dispute charges and close accounts including credit, debit and medical insurance cards; assist with freezing credit files; contact government agencies.
  - It is recognized that identity theft can happen months and even years after a data breach.  To offer added protection, you will receive ExtendCARE™, which provides you with the same high-level of Fraud Resolution support even after your ProtectMyID membership has expired.
- **$1 Million Identity Theft Insurance\*:** immediately covers certain costs including, lost wages, private investigator fees, and unauthorized electronic fund transfers.

Once your enrollment in ProtectMyID is complete, you should carefully review your credit report for inaccurate or suspicious items.  If you have any questions about ProtectMyID, need help understanding something on your credit report or suspect that an item on your credit report may be fraudulent, please contact Experian's customer care team at 877-371-7902.

**What you can do to protect your information:** There are additional actions you can consider taking to reduce the chances of identity theft or fraud on your account(s).   Please refer to the final page of this letter.

We sincerely apologize for this incident, regret any inconvenience it may cause you and encourage you to take advantage of the product outlined herein.  Should you have questions or concerns regarding this matter and/or the protections available to you, please do not hesitate to contact us at 800-735-9111.

Other resources which exist to assist you in the matter include:
North Carolina Attorney General's Office – www.ncdoj.gov
Federal Trade Commission – www.Identitytheft.gov

You can also contact Bobby Adams at 800-735-9111 ext. 23228 with any further questions.

Sincerely,

*Karen McDavid*

Identity theft insurance is underwritten by insurance company subsidiaries or affiliates of American International Group, Inc. (AIG)  The description herein is a summary and intended for informational purposes only and does not include all terms, conditions and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

Filed          17-CI-00115    03/02/2017          David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

EXH-000002 of 000006

Filed    17-CI-001134    1/02/2017    David L. Nicholso    fferson Circuit Clerk

## ADDITIONAL ACTIONS TO HELP REDUCE YOUR CHANCES OF IDENTITY THEFT

### ➢ PLACE A 90-DAY FRAUD ALERT ON YOUR CREDIT FILE

An **initial 90 day security alert** indicates to anyone requesting your credit file that you suspect you are a victim of fraud. When you or someone else attempts to open a credit account in your name, increase the credit limit on an existing account, or obtain a new card on an existing account, the lender should take steps to verify that you have authorized the request. If the creditor cannot verify this, the request should not be satisfied. You may contact one of the credit reporting companies below for assistance.

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| 1-800-525-6285 | 1-888-397-3742 | 1-800-680-7289 |
| www.equifax.com | www.experian.com | www.transunion.com |

### ➢ PLACE A SECURITY FREEZE ON YOUR CREDIT FILE

If you are very concerned about becoming a victim of fraud or identity theft, a security freeze might be right for you. Placing a freeze on your credit report will prevent lenders and others from accessing your credit report entirely, which will prevent them from extending credit. With a Security Freeze in place, you will be required to take special steps when you wish to apply for any type of credit. This process is also completed through each of the credit reporting companies.

### ➢ ORDER YOUR FREE ANNUAL CREDIT REPORTS

Visit www.annualcreditreport.com or call 877-322-8228. Once you receive your credit reports, review them for discrepancies. Identify any accounts you did not open or inquiries from creditors that you did not authorize. Verify all information is correct. If you have questions or notice incorrect information, contact the credit reporting company.

### ➢ MANAGE YOUR PERSONAL INFORMATION

Take steps such as: carrying only essential documents with you; being aware of whom you are sharing your personal information with and shredding receipts, statements, and other sensitive information.

### ➢ USE TOOLS FROM CREDIT PROVIDERS

Carefully review your credit reports and bank, credit card and other account statements. Be proactive and create alerts on credit cards and bank accounts to notify you of activity. If you discover unauthorized or suspicious activity on your credit report or by any other means, file an identity theft report with your local police and contact a credit reporting company.

### ➢ OBTAIN MORE INFORMATION ABOUT IDENTITY THEFT AND WAYS TO PROTECT YOURSELF

- Visit http://www.experian.com/credit-advice/topic-fraud-and-identity-theft.html for general information regarding protecting your identity.
- The Federal Trade Commission has an identity theft hotline: 877-438-4338; TTY: 1-866-653-4261. They also provide information on-line at www.ftc.gov/idtheft.

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630926)

EXH : 000003 of 000006

Filed          17-CI-0011        03/02/2017        David L. Nichols,    Jefferson Circuit Clerk



## Nell Medical Group

Medical-Surgical Division · P.O. Box 1377 Kinston, NC 28503 · 1-800-735-9111 · Fax 1-800-527-3329

March 24, 2016

**Andrea Savidge**
**700 Amherst Place**
**Louisville, Ky 40223**

*RE: Important Security and Protection Notification*
*Please read this entire letter.*

Dear Andrea:

We are contacting you regarding a data security incident that occurred on March 3, 2016 .

This incident involved the information provided on your W-2. As a result, your personal information may have been potentially exposed to others.  Please be assured that we have taken every step necessary to address the incident, and that we are committed to fully protecting all of the information that you have entrusted to us.

Specifically, it appears that an outside individual or group obtained copies of the W-2 forms which we sent to you and the IRS which would have included your social security number, address and your 2015 salary information. **This did not involve any "hacking" of any of our computer systems**.  It is possible that the criminal(s) may have filed  or may try to file fraudulent tax refunds in the names of our employees.

**What we are doing to protect your information:**
To help protect your identity, we are offering a **complimentary** two-year membership of Experian's®
ProtectMyID® Alert.  This product helps detect possible misuse of your personal information and provides you with superior identity protection support focused on immediate identification and resolution of identity theft.

### Activate ProtectMyID Now in Three Easy Steps

1. ENSURE **That You Enroll By: June 30, 2016**  (Your code will not work after this date.)
2. VISIT the **ProtectMyID Web Site to enroll: www.protectmyid.com/redeem**
3. PROVIDE your Activation Code: ECS42S3VJ

If you have questions or need an alternative to enrolling online, please call 877-371-7902 and provide engagement # **PC100293**: .

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

EXH : 000004 of 000006

Filed          17-CI-001134     03/02/2017        David L. Nicholson, Jefferson Circuit Clerk

Filed          17-CI-001      03/02/2017        David L. Nichols.  , Jefferson Circuit Clerk

## ADDITIONAL DETAILS REGARDING YOUR 12-MONTH PROTECTMYID MEMBERSHIP:

A credit card is not required for enrollment.

Once your ProtectMyID membership is activated, you will receive the following features:

- **Free copy of your Experian credit report**
- **Surveillance Alerts for:**
  - **Daily Bureau Credit Monitoring:** Alerts of key changes & suspicious activity found on your Experian, Equifax® and TransUnion® credit reports.
- **Identity Theft Resolution & ProtectMyID ExtendCARE:** Toll-free access to US-based customer care and a dedicated Identity Theft Resolution agent who will walk you through the process of fraud resolution from start to finish for seamless service.  They will investigate each incident; help with contacting credit grantors to dispute charges and close accounts including credit, debit and medical insurance cards; assist with freezing credit files; contact government agencies.
  - It is recognized that identity theft can happen months and even years after a data breach. To offer added protection, you will receive ExtendCARE™, which provides you with the same high-level of Fraud Resolution support even after your ProtectMyID membership has expired.
- **$1 Million Identity Theft Insurance**\*: Immediately covers certain costs including, lost wages, private investigator fees, and unauthorized electronic fund transfers.

Once your enrollment in ProtectMyID is complete, you should carefully review your credit report for inaccurate or suspicious items.  If you have any questions about ProtectMyID, need help understanding something on your credit report or suspect that an item on your credit report may be fraudulent, please contact Experian's customer care team at 877-371-7902.

**What you can do to protect your information:** There are additional actions you can consider taking to reduce the chances of identity theft or fraud on your account(s).   Please refer to the final page of this letter.

We sincerely apologize for this incident, regret any inconvenience it may cause you and encourage you to take advantage of the product outlined herein.  Should you have questions or concerns regarding this matter and/or the protections available to you, please do not hesitate to contact us at 800-735-9111.

Other resources which exist to assist you in the matter include:
North Carolina Attorney General's Office – www.ncdoj.gov
Federal Trade Commission – www.Identitytheft.gov

You can also contact Bobby Adams at 800-735-9111 ext. 23228 with any further questions.

Sincerely,

*Karen McDaniel*

Identity theft insurance is underwritten by insurance company subsidiaries or affiliates of American International Group, Inc. (AIG). The description herein is a summary and intended for informational purposes only and does not include all terms, conditions and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

EXH : 000005 of 000006

## ADDITIONAL ACTIONS TO HELP REDUCE YOUR CHANCES OF IDENTITY THEFT

> **PLACE A 90-DAY FRAUD ALERT ON YOUR CREDIT FILE**

An **initial 90 day security alert** indicates to anyone requesting your credit file that you suspect you are a victim of fraud. When you or someone else attempts to open a credit account in your name, increase the credit limit on an existing account, or obtain a new card on an existing account, the lender should take steps to verify that you have authorized the request. If the creditor cannot verify this, the request should not be satisfied. You may contact one of the credit reporting companies below for assistance.

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| 1-800-525-6285 | 1-888-397-3742 | 1-800-680-7289 |
| www.equifax.com | www.experian.com | www.transunion.com |

> **PLACE A SECURITY FREEZE ON YOUR CREDIT FILE**

If you are very concerned about becoming a victim of fraud or identity theft, a security freeze might be right for you. Placing a freeze on your credit report will prevent lenders and others from accessing your credit report entirely, which will prevent them from extending credit. With a Security Freeze in place, you will be required to take special steps when you wish to apply for any type of credit. This process is also completed through each of the credit reporting companies.

> **ORDER YOUR FREE ANNUAL CREDIT REPORTS**

Visit www.annualcreditreport.com or call 877-322-8228. Once you receive your credit reports, review them for discrepancies. Identify any accounts you did not open or inquiries from creditors that you did not authorize. Verify all information is correct. If you have questions or notice incorrect information, contact the credit reporting company.

> **MANAGE YOUR PERSONAL INFORMATION**

Take steps such as: carrying only essential documents with you; being aware of whom you are sharing your personal information with and shredding receipts, statements, and other sensitive information.

> **USE TOOLS FROM CREDIT PROVIDERS**

Carefully review your credit reports and bank, credit card and other account statements. Be proactive and create alerts on credit cards and bank accounts to notify you of activity.  If you discover unauthorized or suspicious activity on your credit report or by any other means, file an identity theft report with your local police and contact a credit reporting company.

> **OBTAIN MORE INFORMATION ABOUT IDENTITY THEFT AND WAYS TO PROTECT YOURSELF**
>   * Visit http://www.experian.com/credit-advice/topic-fraud-and-identity-theft.html for general information regarding protecting your identity.
>   * The Federal Trade Commission has an identity theft hotline:  877-438-4338; TTY: 1-866-653-4261. They also provide information on-line at www.ftc.gov/idtheft.

*CUST. # 376586785*          *BOBBYA @ NEILMEDICAL. COM*

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

EXH.: 000006 of 000006

Filed          17-CI-00115   03/02/2017        David L. Nicholsc    efferson Circuit Clerk

 **IRS** Department of the Treasury
Internal Revenue Service
3651 S IH 35, STOP 1300 AUSC
AUSTIN    TX 78-744

037482.494506.349285.23656 1 AB 0.416 536

ANDREA<SAVIDGE
700 AMHERST PLACE
LOUISVILLE  KY  40223

037482

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

MRS. JONES            *Form #*
                      *14039*

The IRS address must appear in the window.        Use for payments

BODCD-WI                           1483911111        Letter Number: LTR5071C
                                                     Letter Date  : 2016-03-2
                                                     Tax Period   : 201512

INTERNAL REVENUE SERVICE              ANDREA<SAVIDGE
3651 S IH 35, STOP 1300 AUSC          700 AMHERST PLACE
AUSTIN    TX 78-744                   LOUISVILLE  KY  40223

Filed          17-CI-001134   03/02/2017      David L. Nicholson, Jefferson Circuit Clerk

*        ZZ 0000 30 0 201512 670 00000000000

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

EXH : 000001 of 000003

Filed          17-CI-001134    03/02/2017        David L. Nicholson    Jefferson Circuit Clerk

 **IRS** Department of the Treasury
Internal Revenue Service
3651 S IH 35, STOP 1300 AUSC
AUSTIN    TX 78-744

In reply refer to:  1483911111
Mar. 29, 2016  LTR 5071C  B0
 *           201512 30
                    00048652
                BODC: WI

ANDREA<SAVIDGE
700 AMHERST PLACE
LOUISVILLE  KY  40223

037482

      Social security number:  *
                   Tax year:  2015
                 Toll-free:  1-800-830-5084
                   Website:  Identity Verification Service
                             (idverify.irs.gov)
            Control number:  70221466618356

Dear TAXPAYER

We received a federal income tax return, Form 1040, for the tax
year listed above with your name and social security number. To
protect you from identity theft, we need to verify your identity
before we process the return.

Within 30 days, you must use one of the following options to verify
your identity. Be sure you have a copy of your prior year tax return,
your current year tax return (if you filed one), and any supporting
documents (such as Form W-2, 1099, Schedule C, Schedule F, etc.).

   - Verify online
     Go to our secure Identity Verification Service website at
     idverify.irs.gov. It's quick and secure and available 24 hours
     a day.

   - Verify by phone if you can't verify online
     Call us between 7:00 AM and 7:00 PM at the
     toll-free number listed at the top of this letter.

If you didn't file this tax return, you should still use one of the
verification options to confirm to us that you may be a victim of
identity theft. We will take steps to assist you as soon as you
complete one of the verification options.

If you choose to have an authorized power of attorney or a third party
designee represent you, we encourage you to be available with your
representative if you call us.

We won't process this Dec. 31, 2015, tax return until we hear from
you.

To understand more about this letter, go to www.irs.gov, keyword
search: 5071C.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

EXH : 000002 of 000003

Filed          17-CI-001134    03/02/2017        David L. Nicholson, Jefferson Circuit Clerk

Filed          17-CI-00413    13/02/2017      David L. Nicholso    Jefferson Circuit Clerk

```
                                          1483911111
                    Mar. 29, 2016  LTR 5071C   BO
                    *              201512 30
                                      00048653
```

ANDREA<SAVIDGE
700 AMHERST PLACE
LOUISVILLE  KY  40223


Thank you for your cooperation.


                            Sincerely yours,


                         INTEGRITY & VERIFICATION
                              OPERATIONS
                         Integrity & Verification Operations
                         Program Manager, I&VO


Enclosure:
Copy of this letter

Filed            17-CI-0011        03/02/2017        David L. Nichols       Jefferson Circuit Clerk

## PLAINTIFF'S VERIFICATION

COMMONWEALTH OF KENTUCKY    )
                                                     ) ss.
COUNTY OF JEFFERSON             )

I, ANDREA K. SAVIDGE, am the Plaintiff in the above entitled action. I have

read the foregoing VERIFIED COMPLAINT and know the contents thereof. The

contents are true to my own knowledge except as to those matters therein stated to be

alleged upon information and belief, and as to those matters I believe them to be true.


_Andrea K. Savidge_
ANDREA K. SAVIDGE


Sworn to before me this
_1st_ day of _March_ 20_17_.


_Deudre Kincaid_
NOTARY PUBLIC
STATE AT LARGE


My commission expires on the _21st_ day of _May_, 20_17_.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

MIS : 000001 of 000001

Filed          17-CI-0011    03/02/2017      David L. Nichols·    'efferson Circuit Clerk

### PLAINTIFF'S VERIFICATION

COMMONWEALTH OF KENTUCKY )
                                ) ss.
COUNTY OF JEFFERSON )

        I, BETH A. LYNCH, am the Plaintiff in the above entitled action. I have read the foregoing VERIFIED COMPLAINT and know the contents thereof. The contents are true to my own knowledge except as to those matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

                                                _Beth A. Lynch_
                                                  BETH A. LYNCH

Sworn to before me this
___1___ day of March, 20_17_.

_____
NOTARY PUBLIC
STATE AT LARGE

> JAMES W. HUTCHERSON JR.
> Notary Public - State at Large
> Kentucky
> My Commission Expires July 29, 2020
> Notary ID 561932

My commission expires on the _29ᵗʰ_ day of _July_, 20_20_.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

MIS : 000001 of 000001

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **17-CI-001134**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

---

Plantiff, **SAVIDGE, ANDREA K., ET AL VS. PHARM-SAVE, INC. D/B/A NEIL ME**, Defendant

TO: **DAVID VANCE**
　　**CULL, HAYDEN & VANCE**
　　**210 WASHINGTON STREET**
　　**FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**PHARM-SAVE, INC. D/B/A NEIL MEDICAL GROUP**

　　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **03/02/2017**



Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

of Service

(or other initiating document)

_____

_____

_____

Served By

_____

Title

CI : 000001 of 000001

Summons ID: @00000815248,
CIRCUIT: 17-CI-001134 Certified Mail
SAVIDGE, ANDREA K., ET AL VS. PHARM-SAVE, INC. D/B/A NEIL ME



Page 1 of 1

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **17-CI-001134**
Court:   **CIRCUIT**
County: **JEFFERSON Circuit**

*Plaintiff,* SAVIDGE, ANDREA K., ET AL VS. PHARM-SAVE, INC. D/B/A NEIL ME, *Defendant*

TO:  **NEIL MEDICAL GROUP, INC.**
     **2545 JETPORT ROAD**
     **KINSTON, NC 28504**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **03/02/2017**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt *(hardcopy)*      $ _____
☐ Return Receipt *(electronic)*     $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015  PSN 7530-02-000-9047      See Reverse for Instructions

**of Service**

or other initiating document)

Postmark
Here

_____

_____

Served By

_____

Title

CI : 000001 of 000001

Summons ID: @00000815247,
CIRCUIT: 17-CI-001134 Long Arm Statute – Secretary of State
SAVIDGE, ANDREA K., ET AL VS. PHARM-SAVE, INC. D/B/A NEIL ME



Page 1 of 1

*e*Filed

| Commonwealth of Ken.. | Common    th of Kentucky |
| --- | --- |
| Jefferson County | Jefferson County |
| David Nicholson | David Nicholson |
| Circuit Court Clerk | Circuit Court Clerk |

| | |
| --- | --- |
| Receipt Number: 71-0031720-A | Receipt Number: 71-0031720-A |
| DATE: 03/03/2017 | DATE: 03/03/2017 |
| TIME: 09:28 AM | TIME: 09:28 AM |
| *** (Z) OTHER TYPE RECEIPT *** | *** (Z) OTHER TYPE RECEIPT *** |
| CASE NO: 17-CI-001134 | CASE NO: 17-CI-001134 |
| RECEIVED FROM: PETER JANNACE | RECEIVED FROM: PETER JANNACE |
| ACCOUNT OF: SAVIDGE, ANDREA K., ET AL VS. PE | ACCOUNT OF: SAVIDGE, ANDREA K., ET AL VS. PE |
| PARTY NAME:PETER JANNACE | PARTY NAME:PETER JANNACE |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. | Civil Filing Fee (Q) | 115.00 | 1. | Civil Filing Fee (Q) | 115.00 |
| 2. | ATJ Fee (1) | 20.00 | 2. | ATJ Fee (1) | 20.00 |
| 3. | Court Technology MCFO(K(CT)) | 10.00 | 3. | Court Technology MCFO(K(CT)) | 10.00 |
| 4. | Library Fee (L) | 3.00 | 4. | Library Fee (L) | 3.00 |
| 5. | Attorney Tax Fee MCFO(K(Q)) | 5.00 | 5. | Attorney Tax Fee MCFO(K(Q)) | 5.00 |
| 6. | Jury Demand/12 CS(W(M)) | 60.00 | 6. | Jury Demand/12 CS(W(M)) | 60.00 |
| 7. | Postage MCFO(K(H)) | 12.77 | 7. | Postage MCFO(K(H)) | 12.77 |
| 8. | Copy-Photocopies CS(W(F)) | 3.20 | 8. | Copy-Photocopies CS(W(F)) | 3.20 |
| 9. | Postage MCFO(K(H)) | 14.03 | 9. | Postage MCFO(K(H)) | 14.03 |
| 10. | Secretary of State MCFO(K(SOS)) | 10.00 | 10. | Secretary of State MCFO(K(SOS)) | 10.00 |
| 11. | Copy-Photocopies CS(W(F)) | 6.40 | 11. | Copy-Photocopies CS(W(F)) | 6.40 |
| 12. | Attestation CS(W(C)) | 0.50 | 12. | Attestation CS(W(C)) | 0.50 |

| | |
| --- | --- |
| Envelope #: 452780 | Envelope #: 452780 |
| Prepared By: Web_Payment | Prepared By: Web_Payment |
| ** MCFO=Money Collected for Others | ** MCFO=Money Collected for Others |
| ** CS=Charge for Services | ** CS=Charge for Services |
| Payer                        Page 1 of 2 | Filing (KYCOURTS)              Page 1 of 2 |

Commonwealth of Ken
Jefferson County
David Nicholson
Circuit Court Clerk

Common    th of Kentucky
Jefferson County
David Nicholson
Circuit Court Clerk

Receipt Number: 71-0031720-A
DATE: 03/03/2017
TIME: 09:28 AM

*** (Z) OTHER TYPE RECEIPT ***

CASE NO: 17-CI-001134
RECEIVED FROM: PETER JANNACE
ACCOUNT OF: SAVIDGE, ANDREA K., ET AL VS. PI
PARTY NAME:PETER JANNACE

Receipt Number: 71-0031720-A
DATE: 03/03/2017
TIME: 09:28 AM

*** (Z) OTHER TYPE RECEIPT ***

CASE NO: 17-CI-001134
RECEIVED FROM: PETER JANNACE
ACCOUNT OF: SAVIDGE, ANDREA K., ET AL VS. PI
PARTY NAME:PETER JANNACE

| TOTAL: | $259.90 |
| CREDIT CARD: | $259.90 |
| ***DIFF: | 0.00 |

*** Credit Card Invoice #: 65302981

| TOTAL: | $259.90 |
| CREDIT CARD: | $259.90 |
| ***DIFF: | 0.00 |

*** Credit Card Invoice #: 65302981

Envelope #: 452780
Prepared By: Web_Payment
** MCFO=Money Collected for Others
** CS=Charge for Services
Payer                                    Page 2 of 2

Envelope #: 452780
Prepared By: Web_Payment
** MCFO=Money Collected for Others
** CS=Charge for Services
Filing (KYCOURTS)                        Page 2 of 2

# JEFFERSON County

## Random Judge Assignment Report

**Court:** | Circuit Court |

**Requestor:** | STIL | **Reference/Case Number:** | 17-CI-001134 |

**This Case has been Assigned to:** | 10 | **Division**

| Hon. Angela McCormick Bisig | | 630326 |

**Control Date/Time:** | 03/03/2017   9:28:01AM |