UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| Andrea K. Savidge, individually, and as the representative of a class of similarly-situated persons<br><br>AND<br><br>Beth A. Lynch, individually, and as the representative of a class of similarly-situated persons<br><br>    Plaintiffs,<br><br>v.<br><br>Pharm-Save, Inc., d/b/a Neil Medical Group<br><br>AND<br><br>Neil Medical Group, Inc., f/k/a Britthaven of Onslow, Inc.<br><br>    Defendants. | Civil Action No. 3:17-cv-186-TBR |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

## NOTICE AND CERTIFICATE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal and Memorandum of Points and Authorities in Support of Notice of Removal of this action to the United States District Court for the Western District of Kentucky, Louisville Division were served on March 27, 2017 upon the Clerk of the United States District Court pursuant to the provisions of 28 USC §§ 1332, 1441, and 1446, and upon all parties to this action.

## CERTIFICATE

This is to certify that there was served upon the Clerk of the Jefferson Circuit Court, on March 27, 2017, a copy of the Notice of Removal of this case, then pending in the Jefferson

Circuit Court, (in which said action is designated as Civil Action No. 17-CI-1134) to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

THOMPSON MILLER & SIMPSON PLC

*/s/ Byron N. Miller*
Byron N. Miller, Esq.
Mitchel T. Denham, Esq.
Michael Bender, Esq.
Joey Wright, Esq.
734 West Main Street, Suite 400
Louisville, Kentucky 40202
Telephone: (502) 585-9900
Facsimile: (502) 585-9993
*Counsel for Defendants, Pharm-Save, Inc.
And Neil Medical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed this 27th day of March, 2017, electronically through the operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A true and correct copy of the foregoing was also mailed to the following:

Teddy B. Gordon
807 West Market Street
Louisville, Kentucky 40202
*Counsel for Plaintiff*

Peter J. Jannace
807 West Market Street
Louisville, Kentucky 40202
*Counsel for Plaintiff*

*/s/ Byron N. Miller*
*Counsel for Defendants, Pharm-Save, Inc.
And Neil Medical, Inc.*
