**B | RILEY** *Advisory Services*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

|  |  |  |
|---|---|---|
| ANDREA K. SAVIDGE, and BETH A. LYNCH, individually, and as the representatives of a class of similarly situated persons, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case Action No.: 3:17-CV-00186-CHB-RSE |
| -against- | ) ) | |
| | ) | |
| PHARM-SAVE, INC., d/b/a NEIL MEDICAL GROUP, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**EXPERT REPORT OF DANIEL J. KORCZYK**

**September 13, 2021**



**B|RILEY** *Advisory Services*

# TABLE OF CONTENTS

|     |                                                              | **PAGE** |
|-----|--------------------------------------------------------------|----------|
| 1.0 | **Introduction**                                             | 3        |
| 2.0 | **Background of the Litigation**                             | 4        |
| 3.0 | **Requested Scope of B. Riley's Assistance**                 | 8        |
| 4.0 | **Summary – Damages Findings**                               | 8        |
| 5.0 | **My Relevant Experience and Training**                      | 10       |
| 6.0 | **Steps Taken - My Review and Examination**                  | 12       |
| 7.0 | **Overview of Breach and Identity Theft Trends**             | 13       |
| 8.0 | **Damages Measurement Process and Concluded Damage Amounts** | 16       |

| Appendix 1 – Daniel J. Korczyk Curriculum Vitae                   | 39 |
| Appendix 2 – Pharm-Save, inc. Breach Notification                 | 45 |
| Appendix 3 – Documents Relied Upon                                | 49 |
| Appendix 4 – U.S. Federal Bureau of Investigation Steps to Take   | 54 |



## 1.0 **Introduction**

1.      My name is Daniel J. Korczyk and I am a Managing Director of GlassRatner Advisory and Capital Group, LLC ("**GlassRatner**"), d/b/a B. Riley Financial Advisory ("**B. Riley**"), a multi-office specialty financial advisory services firm headquartered in Atlanta, Georgia, U.S.A. that provides services primarily relating to: forensic accounting and litigation support; bankruptcy and restructuring; business valuation; mergers and acquisitions consulting and due diligence.  I am a resident of Forsyth County, Georgia and I am over twenty-one years of age.  I have personal knowledge of the facts stated herein unless otherwise indicated.  For my work as an expert in this litigation, my billing rate is $435 per hour.   Rates for all B. Riley personnel participating in this engagement range from $275 to $465 per hour.

2.      I am a Certified Public Accountant ("**CPA**") licensed in Georgia and also hold the specialty designations Accredited in Business Valuations ("**ABV**") and Certified in Financial Forensics ("**CFF**"), both granted by the American Institute of Certified Public Accountants ("**AICPA**").   In addition, I have been designated as an Accredited Senior Appraiser ("**ASA**") by the American Society of Appraisers.  I hold an undergraduate degree in Management from the University of Notre Dame, and a Masters degree ("**MBA**") in Finance from DePaul University.  I have nearly 40 years of experience in Public Accounting, Forensic Accounting and Finance−including the quantification of Economic Damages, Business Valuations, Due Diligence Services, Corporate Finance and Bankruptcy Consulting.  I have attached my Curriculum Vitae as **Appendix 1** to this Report which sets out additional information about my qualifications.  My experience includes having provided litigation support, testimony and damages analysis in data breaches.  Finally, I have testified as an economic damages and forensics expert in both court and deposition.  A list of my testimony over the past five years is included with my Curriculum Vitae.

3.       In order to perform this engagement, I relied on other B. Riley professionals with extensive experience in financial analysis, economic damages, financial forensics, and accounting, all of whom worked under my direct supervision and control.  I have relied on the work of this team to support my review of information related to this matter, and references to "our" and "we" recognize this reliance.

4.      My work and analyses were performed in accordance with the professional standards of the American Institute of Certified Public Accountants for litigation services as documented in the Statement on Standards for Forensic Services.  My opinions are expressed to a reasonable degree of certainty.  Any differences in the amounts calculated or referenced in this report to the underlying supporting documentation are due to rounding.



3

5.      I have benefit of the Court's Memorandum Opinion and Order[1] to help lay the foundation for what may have taken place and various other factors relevant to this Matter.[2]  None of what I quote from the Court is intended by me to be a legal opinion or legal interpretation of my own.  I am not a lawyer.  I simply quote the Court on background matters and case law to set forth an organized and logical foundation for this report – with a primary focus on alleged facts, claims, causation and types and amounts of concluded compensable damages.[3]

## 2.0  Background of the Litigation

6.      This Matter involves a data breach (the "**Breach**") of Pharm-Save, Inc., d/b/a Neil Medical Group (the "**Company**").

7.      Andrea Savidge and Beth Lynch are the named plaintiffs ("**Named Plaintiffs**") in this Matter and were employed by the Company from 2013 to 2015 and 2013 to 2014, respectively.[4]

8.      On **March 3, 2016**, after each of the Named Plaintiffs' employment with the Company had ended, a data breach occurred at the Company through which an outside individual or group obtained copies of the W-2 forms which the Company sent to its employees and the Internal Revenue Service ("**IRS**"), which would have included, among other items, social security number[s], address[es] and [their] 2015 salary information.[5] A sample IRS Form W-2 is shown below.

---

[1] The "**Court**" is the United States District Court – Western District of Kentucky – Louisville Division.  The Court's December 1, 2017 Memorandum Opinion and Order is referred to herein as the "**Court's Order**".
[2] The "**Matter**" is Civil Action No. 3:17-CV-00186-CHB-RSE.  I have been engaged by Plaintiffs' counsel, Branstetter Stranch & Jennings PLLC ("**Counsel**"), as a consultant and potential testifying expert in this Matter.
[3] Claims not dismissed by the Court's Order include negligence and breach of implied contract.  The Court's Order (page 23) also grants Plaintiffs' motion to file an amended complaint that asserts new causes of action.  I have not seen Plaintiff's First Amended Class Action Complaint or any related filings and rulings but understand that all new causes of actions set forth in this complaint were rejected by the Court.  However, this Matter has progressed and I have reviewed what I understand to be the latest complaint – i.e., Plaintiffs' Second Amended Class Action Complaint dated April 2, 2021 (the "**Complaint**").  It is my understanding that as things currently stand, negligence, breach of implied contract, invasion of privacy and violation of the North Carolina Unfair and Deceptive Trade Practices Act represent Plaintiffs' causes of action.
[4] Court's Order - page 2.
[5] Court's Order - page 2.



9.      The type of information listed above is both "private" and "personal." According to the Court's Order,[6] both of the Named Plaintiffs had this private/personal identifiable information or "**PII**" accessed and some of this information was misused in an attempted fraudulent tax filing.[7]

10.     Just prior to the Breach, on March 1, 2016, the IRS issued an alert to payroll and human resources professionals to beware of an emerging phishing scheme that purports to be from company executives and requests personal information on employees including Forms W-2.  The IRS stated that **everyone has a responsibility to remain diligent about confirming the identity of people requesting personal information about employees**.  The IRS further stated that they were investigating several cases in which people were tricked into sharing social security numbers with cybercriminals and that criminals seek to monetize stolen data.[8]

---

[6] Page 2.
[7] Court's Order – pages 2-3.
[8] IRS Alert dated March 1, 2016, and filed with Jefferson Circuit Clerk David L. Nicholson (17-CI-001134) on 3/2/2017.

11.     The Court has ruled that Plaintiffs have Article III standing and the Defendants have conceded that Plaintiffs have standing in this Matter resulting from theft of their PII.[9]  The Court quotes the Sixth Circuit that victims of a data security breach have Article III standing to bring suit as follows:

> *"Plaintiffs' allegations of a substantial risk of harm, coupled with reasonably incurred mitigation costs, are sufficient to establish a cognizable Article III injury at the pleading stage of the litigation.  Plaintiffs allege that the theft of their personal data places them at a continuing, increased risk of fraud and identity theft beyond the speculative allegations of "possible future injury" or "objectively reasonable likelihood" of injury that the Supreme Court has explained are insufficient… There is no need for speculation where Plaintiffs allege that their data has already been stolen and is now in the hands of ill-intentioned criminals.  Indeed, Nationwide[10] seems to recognize the severity of the risk, given its offer to provide credit-monitoring and identity-theft protection for a full year.  Where a data breach targets personal information, a reasonable inference can be drawn that the hackers will use the victims' data for the fraudulent purposes alleged in the Plaintiffs' complaints." [11, 12]*

12.     Plaintiffs in this matter have stated possible nefarious acts by criminals who can pair stolen data with other data.  Plaintiffs include a non-exhaustive list of possible misuse of stolen information, one that is consistent with my research and education around data breaches, as follows:[13]

    a.   obtaining employment
    b.   obtaining a loan
    c.   applying for credit cards or spending money
    d.   filing false tax returns
    e.   obtaining medical care
    f.   stealing Social Security and other government benefits, and
    g.   applying for a driver's license, birth certificate or other public document.

---

[9] Court's Order - page 4 (footnote 1).  To establish standing under Article III, the "plaintiff must have (1) suffered an injury in fact, (2) that is fairly traceable to the challenged conduct of the defendant, and (3) that is likely to be redressed by a favorable judicial decision."  Regarding injury: As written by a law enforcement officer in this matter (Bates PS_000013):

On 03/24/2016 at 0911hrs I Deputy J.Cheney was given a time and number for fraud at Neil Medical Group on Jetport Rd. I talked to Chad Benfield who stated that he had 343 employees and they all had gotten there W2 for there taxes. Chad stated that the 80% of them that had there taxes done stated that when they went to " H&R block, Turbo Tax etc. company's they were informed that there social security numbers have already been used. Chad stated that he reported it to the IRS, and was told to report to local authorities also. I have nothing further to report at this time.

[10] Galaria v. Nationwide Mut. Ins. Co., 663 F. App'x 384, 388 (6th Cir. 2016).

[11] In addressing injury under the Plaintiffs' negligence claim, the Court stated: "In recent years, a growing number of **Courts have recognized that the purchase of credit monitoring services** and the costs expended to deal with fraudulent activity following the theft of PII, when spent with the knowledge that stolen information has already been misused, **can constitute cognizable injuries**." [emphasis added]

[12] In addressing causation with respect to the Plaintiffs' negligence claim, the Court stated: "Pharm-Save specifically told the affected individuals that the breach "involved the information provided on [their] W-2" and "[i]t is possible that the criminals may have filed or try to file fraudulent tax refunds in the names of our employees." The fact that this is precisely what happened to [Named Plaintiff] Savidge indeed suggests a nexus between the data breach and the fraudulent activity that took place."

[13] Verified Complaint – page 8.



13.     My understanding of the Plaintiff Class definition in this Matter comes from the "**Verified Complaint**" filed with the Kentucky Jefferson State Court.  It reads as follows:

> **Plaintiff Class:**  All persons who, like ANDREA K. SAVIDGE and BETH A. LYNCH, were the victims of a data security breach that occurred on or about March 3, 2016 wherein their sensitive and personal data was compromised;[14]

14.     For the sake of clarity, my damage-related assessments, discussed herein, are not based solely on the experiences of the Named Plaintiffs. It would be inappropriate to rely upon just two individuals to define the Damages Elements[15] or methodologies for measuring them.  Therefore, my work draws from broader data breach incident experiences of victims. I support my work with authoritative sources for inputs and methodologies that underly my measurement of damages.   Damage modeling inputs are based on researched market information that can be applied under a measurement process known as the "**Market Approach**".[16]

15.     In letters dated March 26, 2016, the Company notified all affected employees, including the Named Plaintiffs, of the Breach, explained the Breach, and told employees that "it is possible that the criminal(s) may have filed or may try to file fraudulent tax refunds in the names of our employees."[17]  Also in these letters, the Company offered employees a complimentary two-year membership to Experian's ProtectMyId Alert – a product that helps DETECT possible misuse of PII and SUPPORT RESOLUTION of identity theft, inclusive of up to $1 million in insurance proceeds for covered items.[18, 19]

---

[14] The initial complaint filed in Kentucky state court ("**Verified Complaint**") states:  *Plaintiffs expressly reserve the right to modify the Plaintiff Class definition as further investigation and/or discovery so warrants;*  The Plaintiffs and Defendants (the "**Parties**") agree that Kentucky law governs this action. (Court's Order – page 5).  The "Defendants removed the action to this Court on March 27, 2017." (Court's Order – page 3).

[15] Defined at page 8.

[16] As more fully explained herein, my damages measurement methodology follows a long-standing, published and peer-reviewed approach referred to as the "**Market Approach**". Much has been published in the damages, forensics and valuation literature about this approach.  A cited reference for this approach is: **Pratt, Reilly and Schweihs, *Valuing a Business*, McGraw Hill, Fourth Edition.**

[17] Court's Order – page 2.

[18] Court's Order – page 2 and Defendants' Breach Notification Letter dated March 24, 2016 as attached to the Verified Complaint.

[19] Professional credit monitoring supplements, but is not a substitute for, continued efforts of individuals to monitor their own financial affairs.  Credit monitoring does not give these service providers access to vital records that ought to be monitored individually, including bank statements, tax returns, mortgage statements, credit and debit card statements, investment account statements, pension account statements, etc.  Norton LifeLock, a leading credit monitoring organization is quoted as follows: "*Much like regularly checking your bank and credit card transactions for unusual activity can help protect you from identity theft, so, too, can monitoring help protect your credit. … If you're considering credit monitoring, be sure to understand what you're getting when you sign up … And again, **credit monitoring alone may not protect you against all types of identity theft.***" [emphasis added] https://us.norton.com/internetsecurity-id-theft-credit-monitoring-services-how-do-they-work.html.



16.     Attached as **Appendix 2** to this report is a copy of the Company's Breach letter sent to affected individuals.  In this letter, the Company apologizes and states it regrets any inconvenience caused to affected persons.  The letter further lists a number of steps that affected individuals can take to help mitigate against future nefarious acts, each of which results in <u>a cost to and/or expended time of</u> the Breach victim.  Items suggested include:

1.  Signing up for credit reports;
2.  Signing up for credit monitoring;[20]
3.  Reviewing credit reports for inaccurate or suspicious items;
4.  Contacting Experian's customer care team as needed;
5.  Placing a fraud alert on a person's credit file;
6.  Placing a security freeze on a person's credit file;
7.  Ordering free annual credit reports;[21]
8.  Shredding receipts, statements, and other sensitive information;
9.  Carefully reviewing one's credit reports and bank, credit card and other account statements;
10. Being proactive and creating alerts on credit cards and bank accounts;
11. As circumstances warrant, filing an identity theft report with local police and contacting a credit reporting agency; and
12. Obtaining more information about identity theft through web sites and the FTC.

### 3.0 Requested Scope of B. Riley's Assistance

17.  In connection with this Breach, I have been requested by Counsel to set forth for the Court a listing of the damages ("**Damage Elements**"), and a dollar quantification of these Damage Elements on a "per Plaintiff" basis.

### 4.0 Summary – Damages Findings

18.  I have reached the following damage opinions relevant to this Breach: [22]

---

[20] The Company's letter (page 2) implicitly acknowledges that identity theft protection services cannot guarantee protection against future nefarious events tied to its Breach, but states that covered individuals will have access to an agent who will walk a victim through the process of fraud resolution, investigate each incident, help with contacting credit grantors to dispute charges and close accounts, assist with freezing credit files and contact government agencies.
[21] The Company states "It is recognized that **identity theft can happen months or even years after a data breach**." [emphasis added]. Breach notification letter – page 2.
[22] The Court may find that additional elements of damage, punitive or otherwise, such as compensation for mental anguish are possible.  This particular form of damage is outside of my area of expertise and not addressed herein.



**1)**   The value of Plaintiffs' time necessary to mitigate against possible future nefarious events ensuing from the Breach is equal to $25.51 per hour per Plaintiff.  Related hours to which this hourly rate would apply may vary by Plaintiff and can be dealt with through self-reporting by Plaintiffs in personal affidavits.[23]

**2)**   The value of Plaintiffs' out-of-pocket costs necessary to mitigate against possible future nefarious events ensuing from the Breach is equal to $2,257.41 per Plaintiff.[24] This amount increases to $2,508.07 per Plaintiff if a "safest available investment" discount rate is used in accordance with U.S. Supreme Court guidance.[25]

> The time and expense values set forth in items 1) and 2) above represent "present day" compensatory damages.[26]   Out-of-pocket expenses include the cost of professional monitoring services that help protect against nefarious events, to resolve them if they do occur, and to insure individuals against losses consistent with policy and coverage limits.  Where free monitoring is offered by Defendants, but limited in duration, Plaintiffs remain exposed to potential nefarious events and have thus suffered a present damage that can be measured by standardized financial techniques such as present value discounting to measure the present worth of future costs to secure these professional services.[27]

---

[23] Various publications report time spend by individuals to deal with identity theft. These sources report ranges from less than 10 hours to more than 5,000 hours. Logically, this particular Breach is of a serious nature in that highly sensitive information was stolen. Also, according to the police report filed in this matter, a Pharm-Save representative told police that 80% of individuals/Plaintiffs seeking to file their taxes through tax preparation firms learned of prior falsified filings. [see footnote 9]. Once a falsified filing occurs, a Plaintiff's procedural time increases. At https://www.irs.gov/newsroom/identity-theft-information-for-taxpayers-and-victims, the IRS tells individuals to file local police reports, file a complaint with the Federal Trade Commission, contact each of the three major credit bureaus, call the IRS itself, and file an IRS Identity Theft Affidavit. These tasks may, for example, take 20 to 40 hours. At 40 hours per individual, times a rate of $25.51 per hour, this element of damage per Plaintiff (the value of a person's lost time) is equal to $1,020.40 ($25.51 x 40). At 20 hours the amount is cut in half to $510.20. **Additional time may be necessary to deal with damage mitigation** – for example, see the list of recommended steps that Pharm-Save indicates ought to be considered (summarized in Section 2 and Appendix 2).

[24] **According to the Bureau of Justice Statistics at the U.S. Department of Justice** (https://www.bjs.gov/content/pub/pdf/vit16.pdf): *the economic impact (excluding loss of time) of identity theft is measured by direct and indirect financial losses.  Direct __financial loss__, which accounted for the majority of financial losses associated with identity theft, refers to the monetary amount the offender obtained from misusing the victim's account or personal information, including the estimated __value__ of goods, services, or cash obtained. Indirect loss includes any other monetary costs caused by the identity theft, such as legal fees, bounced checks, and other miscellaneous expenses (e.g., postage, phone calls, or notary fees). In addition to experiencing monetary losses, some identity-theft victims experienced other financial or legal problems.  As a result of identity theft, they paid higher interest rates on credit cards, were turned down for loans or other credit, had their utilities turned off, or were subject to criminal proceedings.* [emphasis added]

[25] This "safest available investment" discount rate is 2.65% for a 30-year U.S. Government Treasury Bond yield at March 3, 2016, the identified start date of the Breach.  The case referenced here is Jones & Laughlin Steel Corp. v. Pfeifer, 462 U.S. 523 (1983).

[26] The need to incur these expenses and the loss of stolen property is due to the Breach itself.  These damages are not contingent upon any future events.

[27] Finance textbooks and related literature teach the formulas used to quantify the value of continuing payments for indefinite and/or lengthy periods of time.  Even where a defendant offers to cover payment for a limited period of time



**3)** the value of Plaintiffs' personal data stolen in the Breach is equal to $145.80 per Plaintiff;[28]

**4)** The value of Plaintiffs' violated privacy is equal to $2,070 per Plaintiff; and

**5)** Prejudgment interest on damage amounts stated above is uncertain. See report details herein at Section 8.0 for sample calculations.

### 5.0 My Relevant Experience and Training

19. I have served, in various stages, as a damages expert in multiple prior data breach cases. In each of these other cases I served on behalf of Plaintiffs consisting of either individuals or card-issuing financial institutions.[29] Some of the other cases where I have held a litigation consulting and/or damages expert role include data breaches of Facebook, Home Depot, Brinker, Wendy's, Arby's, Bank of Hope, Kimpton Hotel & Restaurant Group, and Sonic.

20. Through my prior research, experience and litigation involvement in other breach cases, I understand the roles and experiences of the parties in these matters. From a damages perspective, I have come to appreciate the consequences on individuals who have fallen victim to data breaches.[30] In addition to this hands-on experience and my additional career experience as a forensic accountant, my education includes the successful completion of numerous courses related to damages, fraud, data breaches and similar courses that also qualify me to address the damages issues in this matter. These courses include:

---

(such as 2 years of professional monitoring costs), the value of this limited coverage can be subtracted from the value of a longer payment stream in arriving at a net damages amount. Present value techniques reflect the economic reality that a dollar spent today costs more than a dollar spent in the future, since holding one's money for a period of time affords the opportunity to invest and grow the money during the holding period. This "present value" concept is heavily emphasized and taught in financial literature and finance textbooks. Use of present value techniques gives the damages expert a scientific and supported means by which to measure damages in "today's" dollars, even though the money will be spent in the future.

[28] According to Counsel, the fact that diminished PII value resulting from the Breach was not affirmatively recognized by the Court for purposes of determining Plaintiffs' standing does not preclude consideration and possible inclusion of this element of damages should class certification be granted.

[29] I was personally involved in performing significant portions of the research and damages computations in these cases and testified in a recent consumer class case prior to this matter.

[30] I have also researched these consequences as set forth, by example, in a 28 page report published by the U.S. Department of Justice report titled *Victims of Identity Theft*, 2016, (January 2019, NCJ 251147).



1.  Forensic Investigations and Legal Theories Relating to Damages in Data Breach Class Actions

2.  Economic Damages for Individuals: Case Studies and Analysis

3.  Economic Damages for Individuals: A CPA's Role

4.  Identity Theft and Protection

5.  Identifying and Obtaining Evidence

6.  Common Investigative Techniques

7.  Leveraging Technology in Forensic Engagements

8.  Who Commits Fraud and Their Methods

9.  Social Engineering Fraud Schemes

10.  Valuations in Litigation Matters

11.  AICPA Guidance for Forensic Accounting Engagements

12.  Understanding the Forensic Accountant Role

13.  Managing the Forensic Engagement

14.  Fraud Overview for Accountants and Auditors

15.  Fraud Prevention, Detection, and Response

16.  Fraud for Industry

17.  2015 Fraud and Forensic Accounting Conference

18.  Forensic Accounting Investigative Practices

19.  Advanced Financial Modeling

20.  Keeping Taxpayer Data Secure

21.  Financial Statement Fraud and Asset Misappropriation

22.  The Detection and Prevention of Fraud in Financial Statements

23.  Internal Control and Fraud Detection

24.  Calculating Intellectual Property Infringement Damages

25.  Dexterity in Damages: Covering All the Angles

26.  Case Law Update on Crucial Recent Valuation and Damages Rulings

27.  Professional Standards for Forensic Engagements

28.  Cloud Computing

29.  Advanced Concepts for Managing Dispute Engagements



## 6.0 Steps Taken - My Review and Examination

21. I have performed the following procedures in order to reach the conclusions set forth herein:

a) Held discussions with Counsel regarding the nature of the case and documents produced through discovery that are relevant to my work;

b) Reviewed the Agreed Protective Stipulation between the Parties in connection of this Matter;

c) Reviewed the Verified Complaint (see **Appendix 3** for Documents Relied Upon);

d) Reviewed the Second Amended Class Action Complaint;

e) Reviewed the Memorandum Opinion and Order of the Court dated December 1, 2017;

f) Reviewed the Company's Breach notification letter to employees and former employees dated March 24, 2016;

g) Reviewed an IRS Alert to Payroll and HR Professionals related to phishing schemes involving W-2s, dated March 1, 2016;

h) Reviewed the March 29, 2016 IRS letter to Andrea Savidge regarding verification of a tax return ultimately determined to have been fraudulently filed in the name of Ms. Savidge;

i) Reviewed Named Plaintiffs' responses to interrogatories;

j) Reviewed a Police Report in connection with this Matter dated 3-24-16;

k) Downloaded from the web, and examined, a copy of the IRS Form W-2 wage and tax statement as it existed in 2015;

l) Examined multiple authoritative sources reporting on data breaches, some including the costs incurred by victims resulting from such breaches;

m) Conducted research into data breach and identity theft statistics in the 2016 timeframe;

n) Conducted research into the types of damages Plaintiffs can expect to face and the recommendations of government, cyber and other experts regarding how to deal with the aftermath of a breach; and

o) Conducted research into actual costs and damages (loss of value) that a victim of a data breach can expect to incur.

p) Conducted research into rates of return for individuals as a basis for development of a discount rates in connection with the measurement of value of the out-of-pocket cost component of damages included herein.

q) Built mathematical damages models and summary tables, as required.

r) Reviewed a Kroll report commissioned by B. Riley related to dark web pricing of PII.



### *7.0 Overview of Breach and Identity Theft Trends*

Explanatory Quotes

*"Identity theft and identity fraud are terms used to refer to all types of crime in which someone wrongfully obtains and uses another person's personal data in some way that involves fraud or deception, typically for economic gain."*

The U.S. Department of Justice[31]

*"Identity theft victims often experience a series of unforeseen domino effects in the aftermath of the crime."*

Identity Theft Resource Center [32, 33]

*"Identity theft is not just a statistic; it is important to realize the numbers represent victims, the harm is serious, and it can impact victims' ability to get a job, rent an apartment, or go to college."*

Julie Fergerson, Identity Theft Resource Center Board Chair, Industry Expert[34]

*"Thieves who have stolen names and Social Security numbers can use that information not only to sign up for new accounts in the victim's name, but also to commit tax identity theft."*

The U.S. Federal Trade Commission[35]

*"When such information* [financial information or Social Security numbers] *is exposed, thieves may use it to open new accounts."*

The U.S. Federal Trade Commission[36]

---

[31] Course:  Identity Theft Protection by CPE Depot – Publication Date 6/24/2021 (page 1).

[32] Ibid – page 16.

[33] As described at its website… *The Identity Theft Resource Center ("ITRC") is a United States non-profit organization founded to provide victim assistance and consumer education through its toll-free call center, website and social media.  ITRC provides toll-free, no-cost case mitigation and consumer education to approximately 10,000 victims and consumers annually. ITRC maintains a multi-year data breach report extending back to 2005. The ITRC Breach Report is published weekly and supplemental reports are readily available.*

[34] Course:  Identity Theft Protection by CPE Depot – Publication Date 6/24/2021 (page 35).

[35] U.S. Federal Trade Commission – Data Breach Response – A Guide for Business (page 6).

[36] Ibid – page 7.



22.     Fraud is on the rise.  As depicted in the graph below, the number of fraud and identity theft complaints submitted to the Federal Trade Commission[37] ("**FTC**") have increased rather consistently for 15 years from 2001 through the year of the Breach.

23.     In 2016, the FTC received nearly 1.7 million complaints related to fraud and ID theft.[38]  Although the number of fraud and identity theft complaints decreased slightly in the years 2015-2016, the overall number of fraud and identity theft reports have risen steadily alongside the expansion of the digital economy.



Source: Federal Trade Commission - Consumer Sentinel Network 2016 Data Book, page 6.

24.     In connection with the rising number of fraud and identity theft reports is an uptick in the number of data breaches.  The graph below sets forth data from the Identity Theft Resource Center[39] which reported nearly 5,800 data breaches in the 11 years leading up to the year of the Breach (2005-2015).



Source: Identity Theft Resource Center.
Retrieved From: https://www.statista.com/statistics/273550/data-breaches-recorded-in-the-united-states-by-number-of-breaches-and-records-exposed/

---

[37] https://www.ftc.gov/system/files/documents/reports/consumer-sentinel-network-data-book-2016/consumer_sentinel_network_data_book_2016_0.pdf
[38] 1,294,094 fraud complaints plus 399,225 identity theft complaints.
[39] https://notified.idtheftcenter.org/s/resource#annualReportSection



25.     In 2016, the year of the Breach, there were an additional 1,106 data breaches reported.  The number of data breaches in 2016 represented a year-over-year increase of 41% from the prior year and was accompanied by the exposure of an additional 36.6 million records.  From 2011 through 2016, the number of data breaches increased by 164%.  Looking back further to 2005, the number of data breaches have increased by 604%.[40]

26.     It does not take much stolen information to put a person's finances at risk.  According to Eva Casey Velasquez, President/CEO of the Identity Theft Resource Center, your name and address are enough information to serve as a gateway to steal your identity.[41]  Identity thieves piece together a person's financial world.  For example, an address can be used to re-direct a person's mail through the U.S. Postal Service, thereby gaining access to financial mail, which in turn can lead to such activities as ordering new checks and credit cards in the victim's name.  The more information that is stolen from a given victim, the greater the number of ways the thief can perform nefarious acts against that person.

27.     Many identity theft horror stories are published on the internet.  For example, Katherine, an 87-year-old widow of a former state representative, says an identity thief charged $70,000 on various accounts the thief opened in her name.  Katherine said one of the creditors told her she owed $12,000 on a Platinum Visa Card.  She believes a 24-year-old woman who briefly lived in the same apartment complex was behind the theft.[42]

28.     When a business data breach occurs, the stolen information is sometimes sold on the "dark web"[43] to other criminals.  The following graphic depicts the process:



Note: Section 8 of this Report provides a sampling of data points related to these dark web transactions.

---

[40] https://notified.idtheftcenter.org/s/resource#annualReportSection.

[41] https://www.lifelock.com/learn-identity-theft-resources-can-your-identity -be-stolen-with-only-a-name-and-address.html.

[42] www2.texasattorneygeneral.gov/identitytheft/real-stories-of-identity-theft.

[43] The dark web consists of illicit computerized web sites where criminals use encryption and other technology to obscure their identities and transactions.



### *8.0 Damage Measurement Process and Concluded Damage Amounts*

<u>Financial Modeling</u>

29.     The calculation of litigation damages often involves the creation of a financial model, frequently using spreadsheet software.   Financial models are mathematical constructs designed to reflect a particular economic event (e.g., the damage that stems from a wrongful act).   In litigation, these models may be backward looking, forward looking, or both, depending upon the nature of the damages.   Financial models are constructed daily across many different industries and purposes such as real estate analysis, mergers & acquisitions, insurance, personal investments, budgeting, construction, capital expenditures by corporations, and yes – litigation damages.

30.     Inputs to the financial model are often referred to as "drivers."   Drivers or inputs may consist of indisputable factual figures, researched data, estimates, data obtained through discovery, assumptions, or some combination of these means.   Quite often, estimates are unavoidable because models tend to reflect many "unknowns" (also referred to as risk factors or uncertainties).

31.     Some financial models are highly complex and incorporate many different inputs.   For example, in litigation, a lost profits damage computation might include estimation of market size, market share, product mix, product life cycle, future pricing, future material and labor costs, and dozens of similar items.   This complexity is compounded when, out of necessity, multiple scenarios must be reflected (e.g., what would have happened – financially speaking - "but for" the wrongful act, and what is likely to happen now that the wrongful act has taken place).   Even more modeling complexity may exist when, for example, damages are measured by a business valuation.   Here the number of model inputs may easily include hundreds of input variables.   And since "value" is a forward-looking concept (i.e., based on future cash flows), virtually none of the business valuation inputs can be known with certainty (they must be estimated).   However, this uncertainty does not preclude the measurement of damages.   Damage analyses in connection with the Damage Elements listed herein tend to be far less complicated and are measured based on authoritative market evidence.

<u>Analyzing Individual versus Classwide Damages</u>

32.     Depending on the type of litigation, damages may be analyzed for a specific individual, or for a class of similarly situated individuals.   By way of analogy, one way to think about this from a financial modeling perspective comes from the life insurance industry where policies are underwritten specific to the individual, or alternatively on behalf of a group of individuals.   If written specific to the individual, the insurance company will want to know many individualized things such as age, medical history, marital status, and personal habits such as smoking and alcohol intake.   The same can be said for a lawsuit where an individual consumer is



16

suing.  Here, a damages model will reflect individualized inputs…. e.g., exactly where and when the harmful event occurred, how the individual was personally impacted by the wrongful event, and more.  By contrast, if the insurance company is insuring the lives of a group of individuals – say for example employees at a corporation - the financial modeling for the group does not reflect individualized inputs, but rather the characteristics of the group – e.g., a profile of the group demographics (age range, compensation range), a profile of the general type of work activity, general geographic area where employees live and work, etc. **The fact that the group analysis does not take into account individualized inputs does not make the analysis any less valid or in some way flawed.  In the group setting the purpose is not to reflect the likely outcome with respect to any one individual, but rather for the group as a whole.**  The same holds true with class action lawsuits.  According to Counsel, the courts recognize that it is not necessary that every individual within the class will have suffered the exact same amount of damage or even <u>all</u> of the same components of damage.[44]

<u>Market Approach to Measuring Damages</u>

33.     Determining each of the Damage Elements listed herein can be accomplished under the Market Approach – a recognized method used by members of the AICPA Valuation and Forensic subsection practice to perform both valuations and damages analysis.   My damages computations incorporate sound, peer-reviewed, reliable measurement procedures and have been in use since before I started my career in this field 40 years ago (e.g., **Revenue Ruling 59-60** and Pratt, Reilly, Schweihs, **Valuing a Business, First ed., 1981**).[45]  Indeed, the Market Approach – the foundation for my recommended methodology – is cited across

---

[44] Given that this litigation is ongoing more than five years after the Breach began, certain individuals may have been seriously injured by the Breach and have decided to take individualized legal action to address forms of damage not suitable for this class action.   I have avoided assuming and measuring damages from nefarious events deemed to be "speculative" or based on "post-Breach future events." The damage conclusions stated herein are based on theft of sensitive/personal/private information (property) at the date of Breach, the cost of mitigation against future nefarious events wherein the mitigating events would have occurred at or near the date of the Breach, the cost of mitigation against future nefarious events stated in present value terms, and the value of the loss in privacy that took place with the onset of the Breach.   Each of these Damage Elements and amounts may be subject to "gross up" for prejudgment interest at the Court's determination.  If over the past five plus years certain Plaintiffs have indeed incurred more hours than required to simply mitigate against damages - i.e., they have dealt with actual nefarious events not addressed herein, it is my understanding that the Court may, at a minimum, and at its election, award additional damage related to the time element described herein and communicated by these given Plaintiffs for this additional time.   These additional time element damages may not be awarded full prejudgment interest.

[45] Methodological terminology is varied, and within each of the "income, cost and market approach" categories, there exist different forms of potential types of analysis.  For example, an "income approach" might be conducted as a "lost profits" analysis, but depending upon the facts and circumstances, the "income approach" might instead be conducted to reflect "discounted cash flows" or "capitalized cash flows."  A "market approach" might reflect "reasonable royalty rates," but alternatively might reflect "prices paid for similar assets."  Approaches can be overlapping without being duplicative.  For example, market approach evidence may be used as inputs to a damages analysis, while income approach concepts related to capitalizing or discounting may also apply.



financial disciplines, including by damages and valuation practitioners in numerous textbooks,[46, 47] the American Institute of Certified Public Accountants (AICPA),[48] the U.S. Internal Revenue Service,[49] the American Society of Appraisers,[50] the Appraisal Standards Board of the Appraisal Foundation – authorized by Congress as the Source of Appraisal Standards and Appraisal Qualifications,[51] and the courts.[52] While the mathematics are not complicated, the true forensic / damages expert "science" involves researching and supporting inputs, vetting the data, and making reasonable professional judgments as to how the support for model inputs ought to be applied in measuring damages. In a later section of this report, I highlight data secured through research in support of the Market Approach.[53]

<u>The Use of "Representative Evidence" in Class Action Damages</u>

34.     Based on my experience calculating breach damages in the past, I am aware of caselaw authority to support the use of representative evidence in class actions, including the U.S. Supreme Court case of *Tyson Foods, Inc. v. Bouaphakeo*,[54] which found that the mere use of representative evidence in and of itself does not preclude class certification.[55] In particular, the U.S. Supreme Court provided that *"[i]n a case where representative evidence is relevant in proving a plaintiff's <u>individual</u> claim, that evidence cannot be deemed improper merely because the claim is brought on behalf of a class."* *Tyson Foods, Inc. v. Bouaphakeo*, 136 S. Ct. 1036, 1046, 194 L. Ed. 2d 124 (2016) [emphasis added].

---

[46] Michael A. Crain, DBA, CPA/ABV, ASA, CFA, CFE, William S. Hopwood, Ph.D., Carl Pacini, Ph.D., JD, CPA/CFF, George R. Young, Ph.D., CPA, CFE, *Essentials of Forensic Accounting*, AICPA, 2015, P.467 ("The basic idea of the market approach is straightforward. It is familiar to most of us because we use its principles in ordinary life, such as shopping for an automobile or home. Conceptually, the market approach estimates the unobservable price of Z based on observable prices of A, B, and C.").

[47] Pratt, Reilly, Schweihs, *Valuing a Business*, McGraw Hill, Fourth Edition.

[48] AICPA, *Statement on Standards for Valuation Services #1*, June 2007, p. 16.

[49] Revenue Ruling 59-60, Section 4.

[50] American Society of Appraisers, *ASA Business Valuation Standards*, 2009, p. 12 ("The market approach is a general way of determining a value indication of a business, business ownership interest, security or intangible asset by using one or more methods that compare the subject to similar businesses, business ownership interests, securities or intangible assets that have been sold.").

[51] Appraisal Standards Board of the Appraisal Foundation, *Uniform Standards of Professional Appraisal Practice*, Standards Rule 1-4, page U-19.

[52] Example: William Hrycay, *Transaction Price Dominates Delaware Appraisal Litigation*, July 30, 2019, p.1 ("Two recent Delaware Supreme Court decisions led the Delaware Chancery Court **to place greater weight on market prices, even when there are perceived flaws in the transaction process.**" (emphasis added)).

[53] The market approach can be used not only to establish outputs by way of comparison, but the approach can be used to support **<u>inputs</u>** to a calculation that leads to supportable **<u>output conclusions</u>** (see: Financial Accounting Standards Board – Accounting Standards Codification 820).

[54] While we are not lawyers or legal experts, the damages methodologies recommended herein, are formulated, in part, on case law that we have had occasion to discuss with Counsel, and that recognizes the appropriateness of the use of representative evidence (e.g., "averages") in assigning damage amounts across Plaintiffs that make up a qualifying Certified Class, despite individual Plaintiffs not having suffered identical levels of damages.

[55] Because courts accept representative evidence in class actions, they effectively acknowledge that individualized differences among class member's damages do not preclude the use of supportable representative evidence.



35.     Where inputs to a financial model require estimation, these estimates must be reasonably supported. In the case of Tyson Foods, Inc. v Bouaphakeo ("**Tyson**"),[56] the U.S. Supreme Court ("**High Court**") refers to the researched support for inputs as "Representative Evidence"[57] in connection with similarly situated individuals.  In Tyson, the High Court discussed the fact that certain cases may be tried as class actions where the issues are susceptible to <u>generalized</u>, class-wide proof. According to the High Court, **the central dispute in the Tyson case involved whether or not it could be inferred that the varying experiences of individuals could be treated as one in the same using damages mathematics based on "averages."** The High Court found that the use of averages was acceptable, and went so far as to state that "*the [High] Court would reach too far were it to establish general rules governing the use of statistical evidence, or so-called representative evidence, in all class-action cases.  Evidence of this type [i.e., averages, percentages, etc.] is used in various substantive realms of the law…. In many cases, a representative sample is the only practical means to collect and present relevant data.*"

36.     Counsel has confirmed that the High Court allows, and even suggests, the use of representative evidence (e.g., research statistics such as "averages" and "percentages") where such evidence represents the only feasible way to establish liability and where each class member could have relied on the same evidence were they to have brought individual actions.  In other words, in a data breach, few, if any, harmed individuals keep a detailed log of events such as the amount of time they spent dealing with a data breach. Therefore, a suing individual could commission an expert to assess representative evidence[58] that might be used to support his individual damages – the same evidence that might serve to support a class action claim.[59]

37.     In summary, the use of representative evidence (e.g., group averages, percentages, etc.) in the context of class action damage computations is often practical and acceptable.  My understanding of this topic stems from discussions with Counsel and more than a half dozen prior data breach matters where I have served in the role of lead damages analyst, including both the Sonic and Chili's restaurant data breach cases where I am currently serving in this role and where the courts have granted class certification based on my recommended methodological use of "averages."[60]

---

[56] 136 S. Ct. 1036, 194 L.Ed. 2d 124 (2016)

[57] A phrase actually used by the parties to the Tyson litigation (sampled data).  The term "Representative Evidence" in the Tyson matter was referred to as "Representative Proof" by the Court of Appeals for the Eighth Circuit and as "Statistical Evidence" by the High Court.  This type of proof required "inference" and the Court of Appeals for the Eighth Circuit stated this inference is allowable under *Anderson v. Mt. Clemens Pottery Co., 328 U.S. 680, 686-688 (1946).*

[58] In litigation it is quite common that representative evidence is sometimes drawn from a sample of the injured plaintiff class, and at other times drawn from authoritatively reported statistics of a published nature.

[59] In Tyson, the High Court states… "*One way for respondents to show, then, that the sample relied upon here is a permissible method of proving class-wide liability is by showing that each class member could have relied on that sample to establish liability if he or she had brought an individual suit.*"  The expert's or consultant's role might also include helping victims understand the types of activities that qualify as relating to damage mitigation in order for the individual Plaintiff to make a sufficiently accurate estimate of time expended.

[60] Sonic Case: 1:17-md-02807-JSG Doc #: 343 Filed: 11/02/20 1 of 14. PageID #: 12667. Chili's Case No. 3:18-CV-00686-TJC-MCR


*Advisory Services*

Causation and Reasonable Certainty

38.     While it may not be the primary role or even within the stated scope of a damages expert's engagement, nonetheless, plaintiffs must prove that the defendant's behavior was the proximate cause of claimed economic harm.[61]   However, the plaintiffs' damage expert must not overlook obvious known facts that seem to indicate the cause of harm is contrary to plaintiffs' claims.   Unless otherwise directed by the court, in such instances, the damages expert ought to question whether there may be plausible explanations for sustained injuries contrary to plaintiffs' claims.[62]   As for damages, the courts do not demand that the expert prove that damages calculations are **certain**, but rather that such calculations shall be anchored in facts, make use of sound methodologies, and yield reasonable results.[63]   In addition, the Supreme Court of Kentucky ruled "*No court… can elucidate a single definition of 'reasonable certainty' which may be used as a yardstick in all cases.*"[64]   Where the damages relate to theft of particular data, loss of privacy, and costs associated with mitigating against future harmful events, the causal relationship is much more direct and clearer in a W-2 PII breach than in other types of cases such as lost business profits.

The Value of Plaintiffs' Time and Out-of-Pocket Costs Necessary to Deal with Consequences and Risks from the Breach

*Time Component of Damages*

39.     Computation of Breach damages related to consumption of victims' time can be calculated through the multiplication of hours to mitigate against future nefarious events, and rates per hour.   If the Court so determines, damages should be "gross up" to reflect interest on damages from the date of the Breach (March 3, 2016) through a current date (September 13, 2021).[65]   I have calculated several "gross up" multiplication factors to be applied to each of the Damage Element damage amounts reported herein.   These factors are set forth within this Section 8 to this report.

---

[61] Plaintiffs must prove causation with respect to a harm, injury or damage of some sort.

[62] AICPA 2015 Practice Guide: Forensic & Valuation Services Practice Aid: *Attaining Reasonable Certainty in Economic Damages Calculations* (page 34) states: "*While the plaintiff's burden to establish causation is clear, the damages expert's role in establishing causation is less certain and may vary by both jurisdiction and the specific facts and circumstances of the case.  In many matters, the damages expert may, at least to some degree, assume that the plaintiff will prove its liability case and also assume causation on the instruction of retaining counsel*."  The damages expert should not reach beyond his defined role and attempt to draw legal conclusions (e.g., whether or not a contract breach has taken place).

[63] Federal Court of Claims in *Franconia v. United States* - As quoted in the AICPA 2015 practice guide: Forensic & Valuation Services Practice Aid: *Attaining Reasonable Certainty in Economic Damages Calculations* (page 8).

[64] Pauline's Chicken Villa Inc. v. KFC Corp., 701 S.W.2d 399 (Ky. 1985) - As quoted in the AICPA 2015 practice guide: Forensic & Valuation Services Practice Aid: *Attaining Reasonable Certainty in Economic Damages Calculations* (page 8-9).

[65] This interest computation ought to be updated at a later time through the date of trial.



40.     Earlier in this report I referred to the Company's advice to Plaintiffs about how they might deal with the Breach.  Listed activities consist of various time-consuming and costly protective measures. Likewise, my research and experience points to victims being thrust into activities related to personal monitoring of account statements (e.g., bank, insurance, investment, mortgage, and other statements), changing logins and passwords, securing identity theft monitoring and insurance, dealing with the closing of accounts, making phone calls, filing reports, registering for professional services, instituting credit freezes at the three major credit bureaus (TransUnion, Equifax and Experian) and other time-intensive activities[66] – some of which are suggested by the Defendant in their Breach notification letter to affected individuals.[67]

41.     The Company is not alone in offering advice regarding protective measures.  Multiple authoritative sources exist in the form of studies, reports and white papers related to appropriate labor rates and time spent by data breach victims. These sources include various agencies of the U.S. government. [68]

42.     Ponemon Institute published an April 2014 report entitled *The Aftermath of a Data Breach: Consumer Sentiment* in which 400 data breach victims were examined.[69]  This report lists steps taken by individuals to protect themselves against identity theft following a data breach.  These steps generally reflected the steps named above and added yet another step of hiring an attorney (although this step was only undertaken 5% of the time in 2014).[70, 71]

43.     NortonLifeLock, a data protection services company, recommends the following steps after a data breach:[72]

    1.  Confirm the breach, and the information stolen;
    2.  Accept the breached company's offer(s) to help;
    3.  Change and strengthen online logins, passwords and security Q&A;
    4.  Contact the right people to take additional action;
    5.  Stay alert; monitor your accounts closely; and
    6.  File your taxes early.

---

[66] Where known misuse of stolen data has already occurred, Plaintiffs' time related to fraud mitigation activities might also include dealing with parties such as Defendants' representatives, law enforcement, government agencies, financial institutions, tax authorities and insurance representatives.
[67] The Company acknowledges these types of activities and informs its employees in its Breach notification that they may take precautionary actions.
[68] By example, the U.S. Bureau of Labor Statistics reports labor rates for administrative work, discussed further herein.
[69] Ponemon Institute was founded in 2002 by Dr. Larry Ponemon and Susan Jayson. The Institute is dedicated to independent research and education that advances the responsible use of information and privacy management practices within business and government. Our mission is to conduct high quality, empirical studies on critical issues affecting the security of information assets and the IT infrastructure.  https://www.ponemon.org/about/why-we-are-unique.html.
[70] Ponemon Institute Research Report, *The Aftermath of a Data Breach: Consumer Sentiment*, April 2014, p. 7.
[71] See **Appendix 4** for Federal Bureau of Investigation advice (steps to take) if a stolen PII data breach victim believes their identity has being compromised.
[72] https://www.lifelock.com/learn-data-breaches-steps-to-take-right-after-a-data-breach.html.



44.     In yet another publication, the U.S. News & World Report lists the following steps a consumer should take when they learn their personal information or accounts were exposed in a data breach:[73]

1.  Review the company's instructions in the breach notice, and visit the official consumer website for more information;
2.  Take advantage of credit monitoring services if they're offered at no cost;
3.  Consider adding an initial security alert to your credit report, and get a free copy of the report;
4.  After reviewing your reports for accuracy, get a credit freeze;
5.  Check your mail and review billing statements for any signs of fraud; and
6.  Sign up for notification service through your credit card company.

45.     Thus, individuals whose PII has been stolen in a data breach must make an investment in time to protect themselves against future harmful events.  The **Director of Consumer Education and Awareness at Experian** had this to say about the matter:[74]  "*In many cases, nothing happens to personal accounts after data breaches are announced.  That's a best-case scenario.  But even if you've weathered one, or several, data breaches with no consequence, take each incident seriously.  When fraud does occur, it can hit with hurricane force.*"

46.     This report recognizes the need for mitigation against future harmful events through compensation of Plaintiffs who are exposed to the effects of data breaches.  According to the U.S. Bureau of Justice Statistics, in 2016 alone, 26 million Americans reported having been victims of identity theft in the prior 12 months.[75]  Known losses from these incidents totaled $17.5 BILLION in 2016.[76]  One in 20 people in a single year alone reported having experienced a misuse of their bank account.[77]  Among victims, 85% reported that their most recent incident involved the misuse of one type of existing account such as a credit card or bank account.[78]

47.     The value of loss of Plaintiffs' free time to engage in the activities described above may be computed as a function of number of hours spent dealing with the breach times a labor rate.   To derive a sample labor rate applicable to time spent dealing with the Breach, I have secured relevant U.S. Bureau of Labor Statistics ("**BLS**")[79] data.   The occupations selected from within the BLS website were chosen because of the administrative nature of the work performed by individuals employed in these roles relative to the

---

[73] https://creditcards.usnews.com/articles/credit-card-data-breaches-how-to-handle-them, p. 4
[74] https://creditcards.usnews.com/articles/credit-card-data-breaches-how-to-handle-them, p. 3
[75] https://www.bjs.gov/content/pub/pdf/vit16.pdf.
[76] https://www.bjs.gov/content/pub/pdf/vit16.pdf.
[77] https://www.bjs.gov/content/pub/pdf/vit16.pdf.
[78] https://www.bjs.gov/content/pub/pdf/vit16.pdf.
[79] https://www.bls.gov/.


B | RILEY
*Advisory Services*

administrative nature of activities that a breach victim must perform in the aftermath of a breach.  Such activities include, but are not necessarily limited to, signing up for various credit monitoring services, closely monitoring multiple account statements, and implementing credit freezes.

48.     One reasonable method that can be used to value the time spent by breach victims is to determine the rate one would have to pay a specialist[80] to perform the tasks that breach victims would otherwise have to perform.  The Plaintiff could hire an administrative assistant or office staff person to handle the disputed activity, for approximately $17.72 to $18.52 per hour, as shown below:[81, 82]

| Bureau of Labor Statistics Occupational Employment Statistics - May 2016 Occupation Profiles | | | | | |
|---|---|---|---|---|---|
| Occupation Title | Occupation Code | Employment Estimate | Median Hourly Wage | Mean Hourly Wage | Occupation Description |
| Bookkeeping, Accounting, and Auditing Clerks | 43-3031 | 1,566,960 | $18.46 | $19.34 | **Compute, classify, and record** numerical data to keep financial records complete. Perform any combination of **routine calculating, posting, and verifying** duties to obtain primary financial data for use in maintaining accounting records. May also check the accuracy of figures, calculations, and postings pertaining to business transactions recorded by other workers. |
| Receptionists and Information Clerks | 43-4171 | 997,770 | 13.42 | 14.00 | Answer inquiries and provide information to the general public, customers, visitors, and other interested parties regarding activities conducted at establishment and location of departments, offices, and employees within the organization. |
| Executive Secretaries and Executive Administrative Assistants | 43-6011 | 631,610 | 26.86 | 27.84 | Provide high-level **administrative support** by **conducting research, preparing statistical reports**, handling information requests, and **performing clerical functions** such as **preparing correspondence**, receiving visitors, arranging conference calls, and scheduling meetings. |
| Secretaries and Administrative Assistants | 43-6014 | 2,295,510 | 16.74 | 17.38 | Perform routine **clerical and administrative** functions such as **drafting correspondence**, scheduling appointments, **organizing and maintaining paper and electronic files**, or providing information to callers. |
| Data Entry Keyers | 43-9021 | 194,810 | 14.47 | 15.21 | Operate data entry device, such as keyboard or photo composing perforator. Duties may include **verifying data** and **preparing materials** for printing. |
| Office and Administrative Support Workers, All Other | 43-9199 | 216,650 | 16.36 | 17.33 | All office and **administrative support** workers not listed separately. |
| **Average** | | | **$17.72** | **$18.52** | |

---

[80] In this case an "administrative" specialist.  A specialist is a person with a demonstrated aptitude and requisite knowledge to efficiently deal with the task at hand.  When it comes to an appropriate labor rate, the central issue is not reimbursing Plaintiffs at a rate equal in value to their time as defined by their occupation (or no occupation at all for an unemployed or retired person), but rather reimbursing Plaintiffs at a reasonable rate for the tasks that consume the time they, or others acting on their behalf, spend to deal with the Breach.  **The tasks performed by Class Members as a result of the Breach will be similar and will not change based on victim occupation**.  My recommended methodology reflects economic reality in terms of what time spent dealing with the breach is worth from a task perspective that is common across the class.  Matching the rate of pay to the task at hand is a long-standing financial analysis concept.  For example, when budgets or projections are built the world over, this matching concept is applied. Analysts do not apply the CEO's pay to the task of sweeping the shop floor.  Nor do they apply the janitor's pay rate to the task of re-building assembly line equipment.

[81]  May 2016 National Industry Specific Occupational Employment and Wages Estimate: Bureau of Labor Statistics. https://www.bls.gov/oes/2016/may/oes_nat.htm

[82] OES wage estimates represent wages and salaries only, and do not include nonproduction bonuses or employer costs of nonwage benefits, such as health insurance or employer contributions to retirement plans.



49.     When employees receive a paycheck, they are not just receiving their wage – they are also receiving the benefits that their employer provides. Thus, the whole cost of compensation includes the cost of wages and the cost of benefits, paid for by the employer. Information provided by the Bureau of Labor Statistics for private corporations supports a "gross up" of base wages equal to approximately 44% for benefits.  This rate is in line with my experience over many years dealing with labor rate data.  I have incorporated this 44% factor in the math shown below.

50.     Using the average median hourly wage for relevant specialists discussed above, I calculated an example of total compensation for relevant specialists of $25.51 as shown below:

| Fully Loaded Indicated Compensation Rate per Hour | |
|---|---|
| Mean Hourly Wage for Relevant Specialists | $17.72 |
| Employee Benefit Factor (1 + 44%) | 1.44x |
| **Total Compensation for Relevant Specialists** | **$25.51** |

51.     With this hourly rate, calculating average individual labor-related damages is a matter of mechanically applying this rate to the average or individual number of hours expended by class members.  For example, assuming 40 hours is spent on some or all of the breach-related response activities listed above, the damages associated with lost time would be equal to $1,020.40 (i.e., 40 hours x $25.51 per hour).  This rate times hour methodology has been used in multiple data breach class action settlements, including in Yahoo[83] and Equifax,[84] to calculate damages for all class members.  In settlements such as Yahoo and Equifax, victims self-reported applicable hours.

---

[83] Yahoo Second Amended Final Approval and Fee Order:
https://yahoodatabreachsettlement.com/en/Home/GetDocument/?documentName=Second%20Amended%20Final%20Approval%20and%20Fee%20Order.pdf.
Reimbursement included up to five hours' worth of time spent responding to the Data Breaches, at a minimum rate of $25 per hour, with no documentation requirement. With documentation, class members were entitled to receive payment for up to fifteen hours of time at an hourly rate of $25.00 per hour or unpaid time off work at their actual hourly rate, whichever was greater. Out-of-Pocket Costs included reimbursement for losses and preventative measures undertaken in response to the Data Breaches and were capped at $25,000 per Settlement Class Member.
[84] Equifax Settlement Notice:
https://www.equifaxbreachsettlement.com/admin/services/connectedapps.cms.extensions/1.0.0.0/6fa032d1-c4c1-4544-8e44-672fdf6124e5_1033_Settlement_Agreement_ECF_739-2.pdf.
Out-of-Pocket Losses included payment for time spent remedying fraud, identity theft, or other misuse of personal information caused by the Data Breach, or freezing or unfreezing credit reports and purchasing credit monitoring services, for up to 20 hours at $25 per hour. Reimbursement for out-of-pocket losses traceable to the Data Breach, included costs of credit monitoring and placing or removing a credit freeze on a credit file, up to $20,000 per person.



*Out-of-Pocket Costs Component*

52.     Another component of damages, recognized in other data breach disputes,[85] is out-of-pocket costs incurred by Plaintiffs to deal with mitigation against future damages.  These expenses might include such items as fees for ongoing credit monitoring services and insurance, and postage costs.

53.     Compensating class members for out-of-pocket costs is appropriate and out-of-pocket costs are a generally-accepted category of damage.[86]

54.     With respect to the credit monitoring portion of out-of-pocket costs, a company such as NortonLifeLock[87] charges between approximately $100 to $300 or more per year.[88]  These out-of-pocket expenses are incurred annually, however, standard financial formulas exist to state future expenditures in today's dollars.  These formulas are typical, taught in financial courses, authoritative, peer-recognized and useful to value the cost of "ongoing damage-mitigating charges."[89]

55.     I compared "free" credit monitoring services to "**compensated**" credit monitoring services.  The major differences between <u>free</u> and <u>compensated</u> services is that compensated services provide added benefits not included with the free services; generally including stolen funds, personal expenses, and legal insurance protections, more extensive credit monitoring, as well as dedicated resolution/restoration specialist services. Dealing with a breach or identity theft can be frustrating,[90] time-consuming and inconvenient even when only

---

[85] *See, e.g.,* the Yahoo settlement, file:///C:/Users/abm/Downloads/Yahoo%20Paid%20Users%20Claim%20Form.pdf, and the Equifax settlement, https://www.equifaxbreachsettlement.com/admin/services/connectedapps.cms.extensions/1.0.0.0/5e30940d-7e11-4b49-b115-6d89a16c0e3f_1033_EFX_-_Final_Claim_Form.pdf.

[86] *See Memphis Cmty. Sch. Dist. v. Stachura*, 477 U.S. 299, 306-07 (1986) ("[D]amages in tort cases are designed to provide '*compensation* for the injury caused to plaintiff by defendant's breach of duty.'… To that end, compensatory damages may include…out-of-pocket loss and other monetary harms….'"

[87] https://us.norton.com/products/norton-360-lifelock-select.

[88] Although free credit monitoring services do exist, given the severity that comes with an actual breach, a robust monitoring service offering is recommended to adequately mitigate against the heightened probability of fraud or identity theft.  It is unwise, in my opinion, as a financial forensic specialist, to mirror the insufficient security that led to the breach with subpar mitigation monitoring.  Compensated services continue to exist and compete with "free" monitoring services for a reason.  They are more robust. Just as limited measures proved to be inadequate in preventing the Breach to start with, engaging an inadequate monitoring service will also prove to be of little use. Cyber criminals have become sophisticated in their methods, and only rigorous monitoring along with insurance coverage will produce acceptable results, even if no stand-alone monitoring service can guarantee absolute protection against identity theft or fraud.

[89] My analysis assumes that, despite the fact that given Plaintiffs may not yet have taken action, but rather are still waiting to be compensated for out-of-pocket costs such as credit monitoring - for longer durations than the two years offered by the Defendants – they are not precluded from receiving compensation for these types of expenses.  Indeed, my assumption is that because these Plaintiffs have been damaged, in part, by the amount of expenditures that should be prudently spent to protect against future nefarious events (e.g., ongoing professional credit monitoring), they should be compensated for these costs regardless of whether they ultimately take such action.

[90] For example, being put on hold, being transferred multiple times, having to re-tell the story multiple times, not getting to the correct person, not having the issue resolved as promised, having to call back with information not available on the prior call and having to once again start at the back of the line, etc.



an hour or two of an individual's time is required.  Yet, **according to the Department of Justice,[91] many theft victims spend days, weeks or even months resolving financial and credit problems.**  These excess periods of time can be mitigated through compensated credit monitoring services.[92]  Whereas the multi-year cost of compensated monitoring services may total thousands of dollars, the cost of specialists' time (including lawyers) to supplement a free monitoring service in the event of actual victimization can quickly surpass this cost, and still not provide the victim with any insurance against losses.[93]

56.      While other out-of-pocket costs certainly exist to mitigate economic harm due to the stolen W-2s in this Breach, the dominant cost is that which the Defendants themselves recognize as a prudent expenditure – i.e., the cost of enrollment in a multi-year credit monitoring service.  We have limited our damage analysis to this cost, but recognize the ongoing need for such expenditures by Plaintiffs beyond the two years of coverage that Defendants have agreed to pay.  I have researched annual fees to secure credit monitoring membership indefinitely, consistent with the nature of the information stolen.  A review of more than a half dozen leading providers of credit monitoring suggests monthly costs in the range of $10 to $30 (i.e., annual costs of $120 to $360).  For damages purposes, I used the same product cost as Defendant's agreed to pay for – the Experian ProtectMyID protection at $10.95 per month or $131.40 per year.  My analysis recognizes that these costs must be discounted in order to state them in today's dollars.  The following tables show this computation under two alternative discount rates, thereby producing a damages conclusion range for this Damage Element.  The analysis skips the first two years where coverage is provided by Defendants, and is then recognized over a period of 28 additional years, resulting in a damage range amount per Plaintiff equal to $2,257.41 to $2,508.07.



| Rate of Return | 3.45% | Equal to 50% of a 30-year Treasury Bond Yield at March 3, 2016 equal to 2.65% plus 50% of the average equity rate of return earned by investors in the stock market over 20 years at 4.25% [1] | | | | | | 29 |
|---|---|---|---|---|---|---|---|---|
| Beginning of Year for Discounting | | 0 | 1 | 2 | 3 | 4 | 5 | |
| Annual Cost of Monitoring Plan | | $ 131.40 | $ 131.40 | $ 131.40 | $ 131.40 | $ 131.40 | $ 131.40 | $ 131.40 |
| Discounted Annual Cost of Monitoring Plan | | | | $ 122.78 | $ 118.69 | $ 114.73 | $ 110.90 | $ 49.14 |
| Sum of Discounted Cost (period 3 to 30) | $ 2,257.41 | per Plaintiff | | | | | | |

[1] Conservatively high discount rate wherein "permanently injured employee" is, according to the U.S. Supreme Court, to reflect a damage award based on the "safest available investment" rate.  A lower discount rate, such as a 3/3/16 2.65% 30-year Treasury Bond rate, would yield a higher damage award indication.  Source: Crain, Hopwood, Pacini, Young, *Essentials of Forensic Accounting* , (2015), p.440.

...

---

[91] https://www.bjs.gov/content/pub/pdf/vit16.pdf.

[92] Where the cost of compensated monitoring services are part of damages, the Damage Element related to a Plaintiff's own "time" goes down.  Plaintiffs are never able to completely avoid dealing with a breach, but can reduce this burden and get better long-term results through the use of compensated professional monitoring services.

[93] Simple credit freezes are not enough to protect an individual.  According to LendingTree (https://www.lendingtree.com/credit-repair/the-pros-and-cons-of-freezing-your-credit/#:~:text=A%20freeze%20protects%20you%20from,from%20fraud%20against%20existing%20accounts) *a freeze protects you from identity thieves looking to open new credit lines or loans under your name, but it does not protect you from fraud against **existing** accounts*.  And, according to the Department of Justice (https://www.bjs.gov/content/pub/pdf/vit16.pdf), 85% of identity theft involves **existing** accounts.



| Rate of Return | 2.65% | Equal to a 30-year Treasury Bond Yield at March 3, 2016 of 2.65% [2] | | | | |
|---|---|---|---|---|---|---|
| Beginning of Year for Discounting | | 0 | 1 | 2 | 3 | 4 | 5 |
| Annual Cost of Monitoring Plan | | $ 131.40 | $ 131.40 | $ 131.40 | $ 131.40 | $ 131.40 | $ 131.40 |
| Discounted Annual Cost of Monitoring Plan | | | | $ 124.70 | $ 121.48 | $ 118.35 | $ 115.29 |
| Sum of Discounted Cost (period 3 to 30) | | $ 2,508.07 | per Plaintiff | | | | |

| 29 |
|---|
| $ 131.40 |
| $ 61.54 |

· · ·

[2] Following U.S. Supreme Court guidance wherein the damages discount rate for a "permanently injured employee" is to be awarded based on the "safest available investment" rate.

> Due to page space limitations, not all years are shown. Analysis assumes beginning of period payments, hence a "year 0" is indicated for discounting purposes.

## The Value of Information Stolen

57.     Individuals that risk criminal prosecution by engaging in criminal breach activity – including the theft of PII – are motivated to do so for financial gain.  It is well-established that criminals sell stolen PII to other criminals that then use the information for nefarious gain.[94]

58.     While all forms of stolen information are "fair game" for sale on the dark web, some personal information is just too valuable to justify its sale in a legal market.  An example is someone's social security number.[95]  Nonetheless, there are examples of personal information being put up for sale in legal markets (discussed herein).  Like dark web prices, these legal market prices can also help to establish the pricing spectrum along which the information stolen in the Breach can be assessed.

59.     The valuation of PII (an exclusive asset of the individual) in connection with damages assessment in this Breach was derived using a well-established and peer-reviewed "market approach" principle and methodology.[96] This approach is premised on the idea that the fair market value of an item equals the amount that a willing buyer would pay and a willing seller would accept.  It is not, as some claim, based on a subjective amount that a specific party, such as a given Plaintiff, believes, desires or would transact for the sale of the

---

[94] Examples of Dark Web sites include Dream, Empire and Wall Street.  Migliano, Simon, *Dark Web Market Price Index (US Edition)*, February 27, 2018. https://www.top10vpn.com/privacy-central/privacy/dark-web-market-price-index-feb-2018-us/.

[95] The world is full of examples of property (assets) that individuals refuse to sell.  An example is a person's wedding ring.  While the ring may have value in a legal market, often times individuals refuse to part with this item.

[96] This approach is also referred to by a variety of other names, all having the same meaning.  An example is the "sales comparison approach."  The market approach is broadly publicized and applies across business ownership interests, tangible and intangible assets, personal property, real property, property of individuals, and property of business entities.  Academic discussion of the approach or methodology is often given in the context of a specific asset type (most often a business ownership interest) but is widely understood to be applicable across many forms of property.  Indeed, I have personally used the approach hundreds of times for both business interests and assets, including in the context of litigation.  In the context of financial reporting, my work with the approach has also been subjected to and passed external audit review on dozens of occasions.



item.[97] The market approach embeds, or takes into account, objective factors that buyers and sellers themselves – such as buyers and sellers of stolen PII – take into account in entering into a transaction.[98] If the evidence is drawn from a market that is being made for the subject item, and is based on what multiple unrelated parties are offering[99] and/or paying for the item, this methodology is highly favored.[100]

*Dark Web Evidence*

60.      According to PC Magazine, basic stolen identity information on a US citizen, which only includes the Social Security number, full name and birth date, can range from $1 to $8 per person.[101]  Another web search revealed the following dark web prices for stolen information:



www.Flashpoint-intel.com

61.      Here, social security numbers (stand-alone, not bundled) sell for $4 each.

62.      According to a secure network provider, Top10VPN, the average individual has dozens of accounts that form their online identity.  In a February 2018 report, Top10VPN states… *Our team of security **experts reviewed tens of thousands of listings** on three of the most popular dark web markets, Dream, Point and*

---

[97] Individual parties tend to ascribe much more value to various items, that they themselves own, than well-founded economic principles suggest is appropriate.  This is why personal ascription of value is not a generally accepted method for quantifying damages.  Instead, damages and valuation practitioners look to objective factors, such as transaction data, market data, informed projections, and replacement costs when assessing value. These objective factors align with the three approaches to value described herein (Market, Income and Cost).

[98] Social security numbers do illegally sell on the dark web.  Prices for this information have come down because so many numbers have been stolen and put up for sale (i.e., supply is high, which drives down prices).  While the dark web markets are illegal, they nonetheless reflect pricing in the context of economic supply and demand.  Social security numbers bundled with other PII are more valuable as reflected in dark web pricing data.

[99] In addition to sales transaction data, quoted offering or list prices are recognized as meaningful evidence in conducting valuations and damages under the Market Approach.  I often give the example of selling a home.  In making their pricing decisions, home sellers find it meaningful to know both what other similar homes have sold for and what comparable home offering prices are.  My peers have published on this subject.  One of many such references to "offering" prices is as follows: *This valuation method relies on a sales analysis of similar properties, and indicates full cash value by analyzing recent sales **or offering prices** of similar companies.* [emphasis added] "Valuation Methods: A Guide" at https://www.valentiam.com/newsandinsights/valuation-methods (April 21, 2020).

[100] https://www.jdsupra.com/legalnews/delaware-court-of-chancery-confirms-81375/.

[101] https://www.pcmag.com/news/heres-how-much-your-identity-goes-for-on-the-dark-web.



*Wall Street Market. These encrypted websites, which can only be reached using the Tor browser [an anonymity network], allow criminals to anonymously sell stolen personal info[rmation].[102]* The raw data file for the Top10VPN file for February 2018 sets forth wide ranges of pricing for stolen information.[103] Examples highlighted below show stand-alone Yahoo email accounts listing for as little as $0.41, banking logins in the range of $500, and verified PayPal accounts with balances as high as $2,000.[104]

| | | | | | |
|---|---|---|---|---|---|
| ★Hotmail.com★ hacked account | $1.35 | $1.66 | £1.20 Email | Hotmail | Dream |
| 10 YAHOO Email Accounts USA PVA | | $4.15 | $0.41 | £0.30 Email | Yahoo | Dream |
| ★Yahoo★ hacked account | 1.66€ | $1.66 | £1.20 Email | Yahoo | Dream |
| | | | | | |
| Bank of America Account with 50000+ Balance (BOA). | $520.00 | $520.00 | £374.40 Personal Finance Bank Details | Dream |
| ★ Wells Fargo Fullz Online Access Guranteed | $515 | $515 | £370.66 Personal Finance Bank Details | Dream |
| Bank Logins and Casout Methods | $500.00 | $500.00 | £360.00 Personal Finance Bank Details | Point |
| Bank Logins for sale | $500.00 | $500.00 | £360.00 Personal Finance Bank Details | Point |
| | | | | | |
| VERIFIED PAYPAL ACCOUNTS WITH HIGH BALANCES (EMAIL + PWRD) - $10,000 | $2,000.00 | $2,000.00 | £1,440.00 Personal Finance Paypal | Point |
| $1000+ Balance PayPal Account - five accounts | $1,500.00 | $300.00 | £216.00 Personal Finance Paypal | Point |
| VERIFIED PAYPAL ACCOUNTS WITH HIGH BALANCES (EMAIL + PWRD) - $7,500 | $1,500.00 | $1,500.00 | £1,080.00 Personal Finance Paypal | Point |
| VERIFIED PAYPAL ACCOUNTS WITH HIGH BALANCES (EMAIL + PWRD) - $5,500 | $1,000.00 | $1,000.00 | £720.00 Personal Finance Paypal | Point |
| PAYPAL WITH PASS EMAIL | $500.00 | $500.00 | £360.00 Personal Finance Paypal | Point |

63.     In another example of stolen information sold on the dark web, Privacy Affairs (a cyber security research firm) reported pricing of stolen payment cards.[105] The price range for stolen basic credit card details is from $12 per credit card to $20 per credit card. Privacy Affairs also reported higher figures and a broader range of prices where a buyer of the stolen information could obtain not just the information, but also a physical counterfeit payment card with a working PIN.

64.     B. Riley also engaged Kroll, a division of Duff & Phelps, to assist with a review of dark web markets to identify average pricing data such as personally identifiable information, financial records, and more. Kroll states that its dark web pricing research included direct access to dark web markets. Both Kroll and B. Riley compared Kroll's findings to various published sources and B. Riley has concluded that the pricing identified by Kroll is generally similar to the pricing published elsewhere. The Kroll findings are as follows:

---

[102] Migliano, Simon, *Dark Web Market Price Index (US Edition)*, February 27, 2018.
https://www.top10vpn.com/privacy-central/privacy/dark-web-market-price-index-feb-2018-us/.
[103] In many instances the information put up for sale is bundled (for example, a password may be sold in bundle with a credit card number). The Top10VPN raw data file from February 2018 includes prices for approximately 250 different stolen data items and/or bundled data items.
[104] https://www.top10vpn.com/wp-content/uploads/2018/02/Dark-Web-Market-Price-Index-Feb-2018.pdf.
[105] https://www.privacyaffairs.com.  https://www.privacyaffairs.com/dark-web-price-index-2020/.


**B · RILEY**
*Advisory Services*

| Type of Listing | Average Price |
|---|---|
| Fullz (Name, DOB, SSN, Address, Driver's License) | $5 |
| Scanned (not physical) ID Documents (Passport, Driver's License) | $22 |
| Fullz with Credit Score Information | $24 |
| Health Savings Account Access | $103 |
| Medical Records Database (<100K) | $86 |
| Financial Data | $18 |
| Login Credentials | $3.50 |

65.     Yet another source of PII value comes from a study conducted by the Ponemon Institute called, "Privacy and Security in a Connected Life".  In this study, over 61% of respondents "understand that their personal data is valuable because it helps companies to market and sell products", and 53% believe "personal data is a financial asset similar to traded goods, currencies or commodities."[106]  The graphic below illustrates how PII owners value various components of their own PII.[107]

Self-Reported PII Values – Ponemon Institute



---

[106] Ponemon Institute, LLC, *Privacy and Security in a Connected Life:  A Study of US, European and Japanese Consumers* at p. 14 (March 2015).

[107] *Id.* at p. 17.



66. According to this Ponemon study, on a self-reported basis, individuals value their social security number at $55.70.

67. It is important to note that dark web pricing occurs within illegal marketplaces. Criminals who transact in these markets have a mindset that differs from parties who transact in legal marketplaces. Criminals, first and foremost, do not want to get caught. With the aid of sophisticated networks, encryption, and cryptocurrency these bad actors seek sufficient economic gain to make their activities "worth playing the game." Often times, the thieves steal vast quantities of information and can thus afford to dispose of the stolen data quickly for a handsome gain through prices that do not reflect the real or maximum worth of an item such as a social security number to its legitimate owner.[108] Buyers of stolen PII (also criminals) then employ sophisticated schemes to commit a multitude of frauds such as **tax fraud, mortgage fraud, medical fraud, credit fraud, etc**. Often these "user criminals" combine the stolen PII with other data that they have phished or falsified. Through this process, the "bundle" of ill-gotten information becomes increasingly valuable to these criminals.[109]

*Legal ("White") Market Evidence*

68. In addition to transactions involving PII on dark web marketplaces, transactions involving PII also occur legally, on White markets - which further corroborates PII having real value. Notably, companies such as Facebook have spent billions of dollars making acquisitions of social media websites, where one of the primary assets acquired (if not the primary asset) is PII. In April 2012, Facebook acquired Instagram, which is a photo and video-sharing social networking service, for $1 billion dollars.[110] Facebook essentially paid $33.85 per Instagram user.[111]

69. In February 2014, Facebook purchased WhatsApp, which is a messaging service that allows people to connect via their cellphone numbers and is arguably the most popular App for mobile devices.[112] Facebook

---

[108] A criminal may sell an item such as a stolen wedding ring at a far different price than it is worth to its legitimate owner. Criminals will even chop up a perfectly good automobile and sell it for parts. Criminals are motivated in ways not consistent with making money in legitimate and legal markets.

[109] The value of bundled or Fullz data **paid** for on the dark web is reported on through a number of authoritative sources including EJ2 Communications d/b/a Flashpoint (a company dedicated to combatting illicit dark web activity). Flashpoint says credit card numbers combined with CVV and PIN sell for $20 to $75 dollars per account. Likewise, consumer advocate Doug Shadel (author of books such as "Weapons of Fraud" and "Outsmarting the Scam Artists") cites Fullz sales at $20 to $130 per account. PrivacyCo. Ltd., a VPN protection service, cites online banking details selling on the dark web for $160.15 per account and bank account details selling for $259.06 on average. Experian, the major credit bureau, says payment card Fullz sells for $30 per account. The statistics incorporated in this footnote are based on general web research where many additional quoted sales prices are available.

[110] See https://www.forbes.com/sites/bruceupbin/2012/04/09/facebook-buys-instagram-for-1-billion-wheres-the-revenue/#221b365b4b8a.

[111] Purchase price of $1,010.5 million divided by 30 million users. Source of Purchase Price: S&P Capital IQ. Source of user count: https://www.newsweek.com/facebook-own-instagram-does-companies-apps-data-860732.

[112] See https://money.cnn.com/2014/02/19/technology/social/facebook-whatsapp/index.html.



31

paid approximately $20 billion dollars for WhatsApp, equating to a value of roughly $44.70 per user.[113]  These significant per-user amounts paid by Facebook indicate that it was willing to invest heavily in acquiring users and the potential incremental data that adding such users would bring.

70.     Facebook is also successful at monetizing user's personal data through its sale to advertisers.  In their Q4 2014 earnings call,[114] Facebook's average revenue per user in the USA and Canada was reported to equal $9.00.  In the Q4 2018 earnings call,[115] this metric had climbed up to $34.86 per user.

71.     Lastly, startup companies are designing platforms with opportunities for users to control and monetize their own personal data.  The company UBDI, founded in 2018, has a stated mission of creating a "Universal Basic Data Income"[116] stream.  UBDI's platform allows its users to link applications like Spotify, Twitter, or Apple Health and opt in to paid opportunities to earn income.  Also, in November 2019, the company Brave launched Brave Ads, an ad network that uses PII which returns a 70% revenue share to owners of the data.[117]

72.     The information reported above demonstrates wide variances in amounts being paid both legally and illegally for PII.  Various factors influence the pricing of this stolen information.  These factors include supply and demand of the information, market upon which the information is being distributed, type of information, whether or not the information is being bundled, how the information might be put to use, and more.  Values range from a few cents per data element to hundreds or even thousands of dollars.  In order to "cut through the clutter" with respect to observed data, I turned my attention to focusing specifically on W-2 information, since this is the data stolen in the subject Breach.

73.     A W-2 is a complete document and I observed that "complete documents" such as a passport or driver's license tends to sell for more than the individual bits of information found in these documents.  In the case of Pharm-Save, the police report mentioned in Section 2 to this report indicated that 80% of its employees that approached tax return filing companies such as H&R Block learned that their social security numbers had already been used with the IRS.  Whether this statistic is wholly accurate or not, the estimate points to a large amount of tax fraud - made easier by the fact that the tax return filing information is bundled into one convenient and recognized (authoritative) form.  I believe the most likely use of the stolen information is the "actual" use to which it was put – i.e., to file fraudulent tax returns.   What makes the W-2 data further attractive is that the information contained within the form (e.g., social security numbers) may also be used to commit yet other forms of fraud – i.e., the thief "gets several bites at the apple." [118]

---

[113] Purchase price of $20,117.0 million divided by 450 million users. Source of Purchase Price: S&P Capital IQ. Source of user count: https://fortune.com/2017/07/28/whatsapp-one-billion-daily-users/
[114] Source: S&P Capital IQ – Facebook, Inc., Q4 2014 Earnings Call, Jan 28, 2015.
[115] Source: S&P Capital IQ – Facebook, Inc., Q4 2018 Earnings Call, Jan 30, 2019.
[116] https://www.ubdi.com/.
[117] https://brave.com/brave-ads-launch/.
[118] My beliefs are reinforced by the Association of Certified Fraud Examiners.  This organization reported that tax refund fraud "*consequences don't end when you travel through the process of confirming your identity with the IRS and receive your refund.  After all, someone has stolen your identity and your PII is good for more than just filling out*



74.    In order to further validate my theory that stolen W-2s are most likely used to commit tax fraud, I researched the amount of benefit a criminal might expect to realize from the filing of a false tax return. According to the U.S. Treasury Inspector General for Tax Administration, in 2019, IRS systems intercepted 442,991 fraudulent tax returns due to identity theft, and thereby prevented the issuance of approximately $1.87 billion in refunds, or approximately $4,221 per fraudulent return.[119]  Setting aside the fact that a criminal might actually use the stolen W-2 information for other purposes as well, the stand-alone tax fraud data published by the U.S. Treasury was quite telling.  If a fraudster were to "get away" with the fraud, he/she stood to benefit, on average, to the tune of more than $4,000.

75.    In an article addressing the subject of fraudulent tax returns, the financial news organization, CNBC, had this to say:

> It doesn't take a brilliant criminal mind to commit tax fraud.  All a crook needs is some basic information – a Social Security number and possibly a W-2 form – to file a false return.[120]

76.    As reported by the Association of Certified Fraud Examiners,[121] tax refund fraud is, according to J. Russell George, U.S. Treasury Inspector General for Tax Administration, a "growing epidemic."  This same source noted that the IRS ranked *identity theft tax refund fraud as the number one scam last year*,[122] and said that *thanks to paperless e-filing, this scam is easier to pull off than ever before.*

77.    With a stolen W-2 in hand, the opportunity to commit tax fraud clearly exists and the process, according to multiple sources, is easy.  Nonetheless, I conducted further research, recognizing that criminals would likely pay less to get a W-2 on the dark web than the average benefit they expected to receive from filing a fraudulent tax return.  After all, even criminals seek to turn a profit, and, there are certainly risks – i.e., the risk that the IRS will turn down the filing and the risk that the criminal may get caught.  My research into dark web pricing for W-2s confirmed these thoughts. A well-recognized cyber security firm, Krebs, published the following dark web pricing data for W-2s. [123]  The far right-hand column sets out the prices paid to access W-2s in 2016.  The amounts are far less than the thousands of dollars of potential benefits that the criminal may receive if successful in collecting on a fraudulently filed tax return.  Based on the data below, the average price for W-2s went for $145.80 in 2016 (within a range of $85 to $205).

---

*a tax form.  Identity thieves may also use it to obtain credit/debit cards in your name, take out loans or mortgages, get jobs or even declare bankruptcy.  He can destroy your credit rating and make it difficult or impossible for you to negotiate the economic seas.  You'll spend hours and hours clearing your record and lots of cash if you need to hire an attorney to help.*"  https://www.fraud-magazine.com/article.aspx?id=4294982014

[119] https://www.treasury.gov/tigta/auditreports/2020reports/202040040fr.pdf

[120] https://www.cnbc.com/2014/03/18/ed-to-catch-fraudulent-tax-returns.html

[121] https://www.fraud-magazine.com/article.aspx?id=4294982014

[122] Last year being 2013.

[123] https://krebsonsecurity.com/2017/01/shopping-for-w2s-tax-data-on-the-dark-web/





*A cybercriminal shop selling 2016 W-2 tax data.*

78.     Based on the research and reasoning set forth above, I conclude that the value of a stolen W-2, a form of PII, is, under the Market Approach, equal to $145.80 each in 2016.

<u>Damages in Connection with Violated Privacy</u>

79.     How much is privacy worth?  To one individual it was worth a lifetime of freedom from being locked away.  In a case described in the Washington Post as "a first test of how privacy rights will be protected in the digital age," the Supreme Court unanimously overturned the conviction and lifetime sentence of a Washington drug dealer based on the argument that monitoring the movements of his Jeep by affixing a GPS device to his Jeep for 28 days violated his Fourth Amendment rights. [124, 125]  This example demonstrates that the value of privacy can be contextual.  Thus, damages experts are challenged to assist the courts to "put damages evidence in proper perspective" and bring market approach methodologies to bear on the question of damages.

---

[124] Barnes, R., 2012. "Supreme Court: Warrants Needed in GPS Tracking." Washington Post, January 23.
[125] *What is privacy worth?* Alessandro Acquisti (Carnegie Mellon University; acquisti@andrew.cmu.edu); Leslie John (Harvard Business School; ljohn@hbs.edu); George Loewenstein (Carnegie Mellon University; gl20@andrew.cmu.edu).



80.     Privacy damages are often associated with phishing schemes, resulting in stolen information. Studies reveal that consumers will pay to disclose (and pay to protect) their data,[126] but amounts vary based upon multiple factors - such as the type of information disseminated, intended data use, and expectations of privacy.

81.     We examined the following four privacy studies (i.e., Market Approach evidence) that discuss the valuation of privacy:

1. The Effect of Online Privacy Information on Purchasing Behavior (the "Tsai Study")[127]
2. The Value of Online Privacy (the Savage Study")[128]
3. Overcoming Online Information Privacy Concerns: An Information-Processing Theory Approach (the "Hann Study")[129]
4. On the Value of Privacy from Telemarketing: Evidence from the "Do Not Call" Registry (the "Png Study") [130]

82.     The Tsai Study identified that consumers are willing to pay an approximate 4% premium to purchase goods from websites with more protective privacy policies. As shown in the following table, participants in the Tsai Study were willing to pay a 59 to 62 cent premium on $15 goods that contained privacy icons and links to privacy reports.

### The Effect of Online Privacy Information on Purchasing Behavior

| Type of Privacy Violation | Quantifiable Info | Description of Methodology |
|---|---|---|
| Online purchases | A substantial proportion of participants were willing to pay a premium (59 to 62 cents, for products costing about $15) to purchase goods from merchants with more protective privacy policies. | Online concerns survey and an online shopping experiment conducted in a laboratory. |

83.     In the telecommunication industry, it is typically necessary for smartphone users to relinquish some personal information through "privacy permissions" to obtain use the applications (apps), the Savage Study examined prices consumers would pay to conceal certain personal information from various smartphone (apps) such as browser history, phone contacts, location data, text message contents, targeted advertisements, and microphone permissions. The table below shows the results from the Savage Study

[126] Many experiments have been performed to attempt to ascribe a value to privacy and these experiments do indicate that, contrary to the common view that consumers are unlikely to pay for privacy, consumers may be willing to pay a premium for privacy.
[127] Tsai et al. 2011. Retrieved from: https://www.jstor.org/stable/23015560
[128] Savage et al. 2013. University of Colorado at Boulder. Retrieved from: https://papers.ssrn.com/sol3/Delivery.cfm/SSRN_ID2341311_code895770.pdf?abstractid=2341311.&mirid=1
[129] Hann et al. 2007. University of Southern California. Retrieved from: https://www.jstor.org/stable/40398677
[130] Png et al. 2007. National University of Singapore. Retrieved from: https://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.114.2679&rep=rep1&type=pdf



which reveals that smartphone users are willing to pay $1.19 to $4.05 to conceal PII from a smartphone application.

## The Value of Online Privacy

| Type of Privacy Violation | Quantifiable Info | Description of Methodology |
|---|---|---|
| Browser history, phone contacts, location, phone identification number, contents of text messages, targeted ads | Consumers may be willing to make a one-time payment of **$2.28** to conceal their browser history, **$4.05** to conceal their contacts list, **$1.19** to conceal their location, **$1.75** to conceal their phone's identification number, **$3.58** to conceal the contents of their text messages, and **$2.12** to eliminate targeted advertising. | Choice experiments |

84.     The Hann Study, shown next, details an experiment to determine the value of improper data access and unauthorized use of data. This study reveals a value of $30.49 to $44.62 for participants' online data.

## Overcoming Online Information Privacy Concerns: An Information-Processing Theory Approach

| Type of Privacy Violation | Quantifiable Info | Description of Methodology |
|---|---|---|
| Improper access, and unauthorized secondary use of information. | The value that US subjects assign to protection against errors, improper access, and secondary uses of personal information online to an amount between **$30.49** and **$44.62**. | In a conjoint analysis exercise, 268 participants from the United States and Singapore face trade-off situations, where an organization may only offer incomplete privacy protection or some benefits. |

85.     Finally, the Png Study extrapolated state-level do-not-call registries and used econometrics to ascribe a value of $13.19 to $98.33 per household per year to the federal do-not-call registry.[131]

---

[131] One benchmark against which to compare the estimated benefit from the federal registry is the fee that telephone service providers charge for an unlisted telephone number. In 2006, Verizon's monthly fee for an unpublished telephone number was $0-1.50, $2.50, $0-2.50, and $4.95 in the states of California, New York, Pennsylvania, and Texas respectively. On an annual basis, these fees ranged up to $59.40.



**On the Value of Privacy from Telemarketing: Evidence from the "Do Not Call" Registry**

| Type of Privacy Violation | Quantifiable Info | Description of Methodology |
|---|---|---|
| Telemarketing | Consumers value for telemarketing privacy to range from **$0.55** to **$33.21** per household per year (Varian et al 2004), while using state-level registries, estimates it to be between **$13.19** to **$98.33** per household per year (Png 2010). | Application of econometric methods to compute estimates of perceived value of the federal "do not call" registry. |

86.     The types of studies that we analyzed relate to the value of telemarketing privacy, personal online information, internet browser history, phone contact lists, location data, phone identification numbers, text message contents, and targeted advertisements – not financial information such as W-2 form data, which is the subject matter of this Breach.  However, the lack of studies on the value of private information contained in a W-2 does not prohibit the extrapolation of values that could be ascribed to this sensitive PII.

87.     If consumers are willing to pay up to $4.05 for an otherwise free smartphone application to conceal their locations, communications, and contacts; if the value of website privacy protection can be ascribed a value of up to $44.62 per person; and if the value of avoiding bothersome spam calls can be ascribed a value of up to $98.33 per household per year - then it's reasonable to expect that consumers would be willing to spend more (or a higher value can be ascribed) to protect their social security number, address history, and salary information – information which can be used to commit a multitude of frauds such as tax fraud, mortgage fraud, medical fraud, credit fraud, etc.

88.     Therefore, I conclude that the economic damages from the loss of privacy Damage Element connected to stolen W-2s must logically be worth at least the annual per household $98.33 ascribed to avoiding bothersome phone calls.  Like the out-of-pocket damages shown earlier, I have calculated this annual amount over multiple years, and discounted the payment amounts to present value resulting in a conclusion that W-2 privacy is worth an estimated $2,070 per Plaintiff.  The table below shows the computation:

| | | | 0 | 1 | 2 | 3 | 4 | 5 | | 29 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rate of Return | 2.65% | Equal to a 30-year Treasury Bond Yield at March 3, 2016 of 2.65% [1] | | | | | | | | |
| Beginning of Year for Discounting | | | 0 | 1 | 2 | 3 | 4 | 5 | | 29 |
| Annual Price to Secure Privacy | | $ 98.33 | $ 98.33 | $ 98.33 | $ 98.33 | $ 98.33 | $ 98.33 | | $ 98.33 |
| Discounted Annual Cost to Secure Privacy | | $ 98.33 | $ 95.79 | $ 93.32 | $ 90.91 | $ 88.56 | $ 86.28 | | $ 46.05 |
| Sum of Discounted Cost | | $ 2,070.97 | per Plaintiff | | | | | | | |

[1] Following U.S. Supreme Court guidance wherein the damages discount rate for a "permanently injured employee" is to be awarded based on the "safest available investment" rate.

...

Pre-judgment Interest on Damages Factor

89.     Whether or not prejudgment interest applies to damages in this Breach matter is for the court to determine.  According to Counsel, the following Kentucky statutory law applies:



*"If the trial court determines that the plaintiff's damages are liquidated, it must award 'interest at the legal rate of eight percent (8%) per annum.'  If damages are unliquidated, 'the trial court may award prejudgment interest at any rate up to 8%, or it may choose to award no prejudgment interest at all, but it may not exceed the legal rate of 8%.'  Under Kentucky law, courts have discretion to award either simple or compound prejudgment interest, though the default is simple interest.  Principles of equity are used in order to determine whether compound interest is appropriate in a particular case, which might include unreasonable delay."*

Osborn v. Griffin, 865 F.3d 417, 456 (6th Cir. 2017) (quoting *Pursley v. Pursley*, 144 S.W.3d 820, 828 (Ky. 2004), and quoting *Fields v. Fields*, 58 S.W.3d 464, 467 (Ky. 2001)).

90.     Given the uncertainty with respect to prejudgment interest, I have calculated several possible prejudgment interest factors.  Others are possible.

91.     At March 3, 2016, the reported first day of the Breach, 30-year treasury bond (a long-term risk-free / safe rate) yields were 2.65%. Assuming 365 days in all years, there are 2,019 days between March 3, 2016 and the date of this report (September 13, 2021), or 5.53 years.  Accordingly, the future value of $1 at a 2.65% rate for 5.53 years, assuming annual compounding, is equal to $1.1606.  Alternatively, the future value of $1 at an 8% rate for 5.53 years, also assuming annual compounding, is equal to $1.4962.  These calculated amounts, or any similarly calculated amounts under alternative prejudgment scenarios, serve as "multipliers" to concluded damages before interest.  For example, if damages before interest is determined to equal $1 million, then applying the multiplier for the 8% scenario listed above, the "with prejudgment" damages would be grossed up to $1.4962 million (i.e., $1 million x $1.4962).

**Signature**

92.     I reserve the right to provide a supplemental or rebuttal report.

93.     I declare under penalty of perjury that the facts set out in this report are true to the best of my knowledge.  Documents relied upon are set forth in **Appendix 3**.

_____          _September 13, 2021_
Daniel J. Korczyk, CPA/ABV, ASA, CFF, MBA          Date



# Appendix 1

# Daniel J. Korczyk

# Curriculum Vitae



**Daniel J. Korczyk**                                              **Curriculum Vitae**

**CPA CFF ASA ABV MBA**

**SUMMARY**       Mr. Korczyk has more than 25 years experience in public accounting, forensic accounting, damage calculations, business valuation services, transaction advisory services, due diligence and bankruptcy consulting.  Dan also has more than 7 years of Corporate Finance experience, including a variety of Finance Director and Subsidiary CFO roles.

**RELEVANT**
**EXPERIENCE**

**GlassRatner Advisory & Capital Group LLC**
**2015 - present**
**Senior Managing Director**
**Atlanta, Georgia**
GlassRatner is a financial advisory services firm that specializes in troubled company and bankruptcy consulting, forensic accounting / litigation support and mergers and acquisition advisory services.

**Navigant Consulting**
**2012 - 2015**
**Director**
**Atlanta, Georgia**
Navigant is a global operations and financial advisory consulting firm.  Mr. Korczyk served as its National Director in charge of Telecommunications, Media and Technology Valuations and Mergers and Acquisitions.

**Deloitte Financial Advisory Services, LLP**
**2011 - 2012**
**Director**
**Atlanta, Georgia**
Deloitte is among the world's largest audit, tax, and advisory firms.  Mr. Korczyk participated in the firm's valuation and corporate Finance practice where he performed valuations, Opinion Services, regulatory consulting, and analytical services for Southeast region corporate clients.



**American Appraisal Associates**

**2002-2011**

**Vice President – Valuation Services**

**Atlanta, Georgia**

National Telecommunications, Media, and Technology Practice Vice President in charge of Valuations and Opinion Services.

**BellSouth Corporation**

**1994-2001**

**Manager, Director and CFO Roles**

**Atlanta, Georgia**

Responsible for Mergers & Acquisitions analysis, operations and financial planning and analysis, and financial reporting.

**Ernst & Young**

**1992-1994**

**Senior Manager**

**Atlanta, Georgia**

In charge of the financial valuation team serving Southeast region within larger Valuation and Special Services practice.

**Arthur Andersen**

**1987-1992**

**Senior Manager**

**St. Louis, Missouri**

Lead financial manager responsible for valuations and related business consulting within the St. Louis and Kansas City offices of the firm.

**Misc. Other**

**1982 – 1987**

Financial Analyst and Valuation Staff Roles



**CERTIFICATIONS**

- Accredited Senior Appraiser (ASA) – American Society of Appraisers, Business Valuation Section
- Certified Public Accountant (CPA) – Georgia
- Accredited in Business Valuation (ABV) from the AICPA
- Certified in Financial Forensics (CFF) from AICPA

**EDUCATION**

- DePaul University
  MBA – Corporate Finance
- University of Notre Dame
  BBA - Management

**MEMBERSHIPS**

- Georgia Society of CPAs
- American Institute of Certified Public Accountants (AICPA) – Forensics and Valuation Services Member
- American Society of Appraisers – Senior Member in Business Valuations and Intangibles

**RULE 26 REQUIREMENTS:**

**Publications in previous 10 years:**

Daniel Korczyk, *How And When To Use Conjoint Analysis For Patent Damages*, Law 360, January 18, 2018.

**Testimony in at least previous 4 years:**

**March 2021**
Client: Wilgo Bo, LLC
Franchisee / Franchisor Dispute
William J. Gordon, et al. v. Bojangles' International, LLC
Civil Action No. 3:20-cv-60
Expert Witness – Testified in Deposition
Retained by Einbinder & Dunn LLP



**February 2021**
Client: Show Me Hospitality, LLC
Contract Dispute
Show Me Hospitality, LLC v. Tim Horton USA, Inc.
Case No. 17-22679-CIV-MARTINEZ/OTAZO-REYES
Expert Witness – Testified at Court Trial
Retained by Counsel: Dady & Gardner, P.A.

**February 2021**
Client: David Peter
Shareholder Dispute
Derucki Construction Company, LLC
Case No. 20CV6190
Expert Witness – Testified at Deposition
Retained by Counsel: Martenson, Hasbrouck & Simon LLP

**October 2020**
Client: Plaintiff Class Members
Class Action in Opposition to Brinker International, Inc.
Brinker Data Incident Litigation
Case No. 18-cv-00686-TJC-MCR
Testified in Deposition
Retained by Federman & Sherwood

**February 2019**
Client: U.S. Security Associates
Earn Out Dispute
Daniel Miranda and Landmark Protection, Inc. v. U.S. Security Associates, Inc.
Case No. 5:18-cv-00734 LHK
Testified in Deposition
Retained by Counsel: Thompson Hine LLP

**March 2019**
Client: Show Me Hospitality, LLC
Contract Dispute
Show Me Hospitality, LLC v. Tim Horton USA, Inc.
Case No. 17-22679-CIV-MARTINEZ/OTAZO-REYES
Expert Witness – Testified at Court Hearing
Retained by Counsel: Dady & Gardner, P.A.

**October 2018**
Client: Show Me Hospitality, LLC
Contract Dispute
Show Me Hospitality, LLC v. Tim Horton USA, Inc.
Case No. 17-22679-CIV-MARTINEZ/OTAZO-REYES
Expert Witness – Testified in Deposition
Retained by Counsel: Dady & Gardner, P.A.

**May 2016**
Client: Infirmary Health System, Inc. as lender
Pre-filing Creditors' Dispute regarding Mutual Debtor Loan Default
PNC Bank, National Association v. Presbyterian Retirement Corporation Inc., et al.
Case No. 01 15 0004 4005
Expert Witness – Testified in Deposition
Retained by Counsel: Balch & Bingham, LLP



**SPECIALIZED EDUCATION:**

- Forensic Investigations and Legal Theories Relating to Damages in Data Breach Class Actions
- Economic Damages for Individuals: Case Studies and Analysis
- Economic Damages for Individuals: A CPA's Role
- Identity Theft and Protection
- Identifying and Obtaining Evidence
- Common Investigative Techniques
- Leveraging Technology in Forensic Engagements
- Who Commits Fraud and Their Methods
- Social Engineering Fraud Schemes
- Valuations in Litigation Matters
- AICPA Guidance for Forensic Accounting Engagements
- Understanding the Forensic Accountant Role
- Managing the Forensic Engagement
- Fraud Overview for Accountants and Auditors
- Fraud Prevention, Detection, and Response
- Fraud for Industry
- 2015 Fraud and Forensic Accounting Conference
- Forensic Accounting Investigative Practices
- Advanced Financial Modeling
- Keeping Taxpayer Data Secure
- Financial Statement Fraud and Asset Misappropriation
- The Detection and Prevention of Fraud in Financial Statements
- Internal Control and Fraud Detection
- Calculating Intellectual Property Infringement Damages
- Dexterity in Damages: Covering All the Angles
- Case Law Update on Crucial Recent Valuation and Damages Rulings
- Professional Standards for Forensic Engagements
- Cloud Computing
- Advanced Concepts for Managing Dispute Engagements



44

# Appendix 2

# Pharm-Save, Inc.
# Breach Notification



*EXAMPLE OF letter SENT to ALL Neil Medical Group employees.*



**Medical-Surgical Division** • P.O. Box 1377 Kinston, NC 28503 • 1-800-735-9111 • Fax 1-800-527-3329

March 24, 2016



### RE: Important Security and Protection Notification
### Please read this entire letter.



We are contacting you regarding a data security incident that occurred on March 3, 2016 .

This incident involved the information provided on your W-2. As a result, your personal information may have been potentially exposed to others.  Please be assured that we have taken every step necessary to address the incident, and that we are committed to fully protecting all of the information that you have entrusted to us.

Specifically, it appears that an outside individual or group obtained copies of the W-2 forms which we sent to you and the IRS which would have included your social security number, address and your 2015 salary information. **This did not involve any "hacking" of any of our computer systems.**  It is possible that the criminal(s) may have filed  or may try to file fraudulent tax refunds in the names of our employees.

**What we are doing to protect your information:**
To help protect your identity, we are offering a **complimentary** two-year membership of Experian's® ProtectMyID® Alert.  This product helps detect possible misuse of your personal information and provides you with superior identity protection support focused on immediate identification and resolution of identity theft.

#### Activate ProtectMyID Now in Three Easy Steps

1.  ENSURE **That You Enroll By: June 30, 2016**  (Your code will not work after this date.)
2.  VISIT the **ProtectMyID Web Site to enroll: www.protectmyid.com/redeem**
PROVIDE your Activation Code: ECS35FWLK
If you have questions or need an alternative to enrolling online, please call 877-371-7902 and provide engagement #  PC100293: .

PS_000001



**ADDITIONAL DETAILS REGARDING YOUR 12-MONTH PROTECTMYID MEMBERSHIP:**

A credit card is not required for enrollment.

Once your ProtectMyID membership is activated, you will receive the following features:

- **Free copy of your Experian credit report**
- **Surveillance Alerts for:**
  - **Daily Bureau Credit Monitoring:** Alerts of key changes & suspicious activity found on your Experian, Equifax® and TransUnion® credit reports.
- **Identity Theft Resolution & ProtectMyID ExtendCARE:** Toll-free access to US-based customer care and a dedicated Identity Theft Resolution agent who will walk you through the process of fraud resolution from start to finish for seamless service. They will investigate each incident; help with contacting credit grantors to dispute charges and close accounts including credit, debit and medical insurance cards; assist with freezing credit files; contact government agencies.
  - It is recognized that identity theft can happen months and even years after a data breach. To offer added protection, you will receive ExtendCARE™, which provides you with the same high-level of Fraud Resolution support even after your ProtectMyID membership has expired.
- **$1 Million Identity Theft Insurance*:** Immediately covers certain costs including, lost wages, private investigator fees, and unauthorized electronic fund transfers.

Once your enrollment in ProtectMyID is complete, you should carefully review your credit report for inaccurate or suspicious items. If you have any questions about ProtectMyID, need help understanding something on your credit report or suspect that an item on your credit report may be fraudulent, please contact Experian's customer care team at 877-371-7902.

**What you can do to protect your Information:** There are additional actions you can consider taking to reduce the chances of identity theft or fraud on your account(s). Please refer to the final page of this letter.

We sincerely apologize for this incident, regret any inconvenience it may cause you and encourage you to take advantage of the product outlined herein. Should you have questions or concerns regarding this matter and/or the protections available to you, please do not hesitate to contact us at 800-735-9111.

Other resources which exist to assist you in the matter include:
North Carolina Attorney General's Office – www.ncdoj.gov
Federal Trade Commission – www.Identitytheft.gov

You can also contact Bobby Adams at 800-735-9111 ext. 23228 with any further questions.

Sincerely,

Karen McDaniel

Identity theft insurance is underwritten by insurance company subsidiaries or affiliates of American International Group, Inc. (AIG). The description herein is a summary and intended for informational purposes only and does not include all terms, conditions and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.



## ADDITIONAL ACTIONS TO HELP REDUCE YOUR CHANCES OF IDENTITY THEFT

> **PLACE A 90-DAY FRAUD ALERT ON YOUR CREDIT FILE**

An **initial 90 day security alert** indicates to anyone requesting your credit file that you suspect you are a victim of fraud. When you or someone else attempts to open a credit account in your name, increase the credit limit on an existing account, or obtain a new card on an existing account, the lender should take steps to verify that you have authorized the request. If the creditor cannot verify this, the request should not be satisfied. You may contact one of the credit reporting companies below for assistance.

| Equifax | Experian | TransUnion |
|---|---|---|
| 1-800-525-6285 | 1-888-397-3742 | 1-800-680-7289 |
| www.equifax.com | www.experian.com | www.transunion.com |

> **PLACE A SECURITY FREEZE ON YOUR CREDIT FILE**

If you are very concerned about becoming a victim of fraud or identity theft, a security freeze might be right for you. Placing a freeze on your credit report will prevent lenders and others from accessing your credit report entirely, which will prevent them from extending credit. With a Security Freeze in place, you will be required to take special steps when you wish to apply for any type of credit. This process is also completed through each of the credit reporting companies.

> **ORDER YOUR FREE ANNUAL CREDIT REPORTS**

Visit www.annualcreditreport.com or call 877-322-8228. Once you receive your credit reports, review them for discrepancies. Identify any accounts you did not open or inquiries from creditors that you did not authorize. Verify all information is correct. If you have questions or notice incorrect information, contact the credit reporting company.

> **MANAGE YOUR PERSONAL INFORMATION**

Take steps such as: carrying only essential documents with you; being aware of whom you are sharing your personal information with and shredding receipts, statements, and other sensitive information.

> **USE TOOLS FROM CREDIT PROVIDERS**

Carefully review your credit reports and bank, credit card and other account statements. Be proactive and create alerts on credit cards and bank accounts to notify you of activity. If you discover unauthorized or suspicious activity on your credit report or by any other means, file an identity theft report with your local police and contact a credit reporting company.

> **OBTAIN MORE INFORMATION ABOUT IDENTITY THEFT AND WAYS TO PROTECT YOURSELF**
>   - Visit http://www.experian.com/credit-advice/topic-fraud-and-identity-theft.html for general information regarding protecting your identity.
>   - The Federal Trade Commission has an identity theft hotline: 877-438-4338; TTY: 1-866-653-4261. They also provide information on-line at www.ftc.gov/idtheft.

PS_000003



# Appendix 3

# Documents Relied Upon



# DOCUMENTS RELIED UPON

1. Plaintiffs' Verified Complaint – dated March 2, 2017

2. Plaintiff's Second Amended Class Action Complaint – dated April 2, 2021

3. IRS Form W-2 for 2015

4. IRS Alert to Payroll and HR Professionals - dated March 1, 2016

5. 2016 IRS letter to Andrea Savidge

6. Named Plaintiffs' responses to Interrogatories

7. Police Report – dated 3/24/16

8. Court's Memorandum Opinion and Order – dated December 1, 2017

9. Pharm-Save's breach notice to employees – dated March 24, 2016

10. Pratt, Reilly and Schweihs, *Valuing a Business*, McGraw Hill, Third Edition

11. Pratt, Reilly and Schweihs, *Valuing a Business*, McGraw Hill, Fourth Edition

12. Web search: Https://us.norton.com/internetsecurity-id-theft-credit-monitoring-services-how-do-they-work.html

13. Pharm-Save's website:  https://www.neilmedical.com

14. U.S. Department of Justice report titled *Victims of Identity Theft*, 2016 (January 2019, NCJ 251147). https://www.bjs.gov/content/pub/pdf/vit16.pdf

15. U.S. Bureau of Labor Statistics

16. Agreed Protective Stipulation

17. Financial Accounting Standards Board – Accounting Standards Codification 820

18. Course content: Identity Theft Protection – CPE Depot – Publication Date 6/24/2021

19. U.S. Federal Trade Commission – Data Breach Response – A Guide for Business

20. https://www.ftc.gov/system/files/documents/reports/consumer-sentinel-network-data-book-2016/consumer_sentinel_network_data_book_2016_0.pdf

21. https://notified.idtheftcenter.org/s/resource#annualReportSection

22. https://www.lifelock.com/learn-identity-theft-resources-can-your-identity-be-stolen-with-only-a-name-and-address.html

23. www2.texasattorneygeneral.gov/identitytheft/real-stories-of-identity-theft

24. Migliano, Simon, *Dark Web Market Price Index (US Edition)*, February 27, 2018. https://www.top10vpn.com/privacy-central/privacy/dark-web-market -price-index-feb-2018-us/

25. https://www.top10vpn.com/wp-content/uploads/2018/02/Dark-Web-Market-Price-Index-Feb-2018.pdf

26. https://www.lifelock.com

27. Michael A. Crain, DBA, CPA/ABV, ASA, CFA, CFE, William S. Hopwood, Ph.D., Carl Pacini, Ph.D., JD, CPA/CFF, George R. Young, Ph.D., CPA, CFE, *Essentials of Forensic Accounting*, AICPA, 2015, P.467

28. AICPA, *Statement on Standards for Valuation Services #1*, June 2007, p. 16.

29. Revenue Ruling 59-60, Section 4.



30. American Society of Appraisers, *ASA Business Valuation Standards*, 2009, p. 12

31. Appraisal Standards Board of the Appraisal Foundation, *Uniform Standards of Professional Appraisal Practice*, Standards Rule 1-4, page U-19

32. William Hrycay, *Transaction Price Dominates Delaware Appraisal Litigation*, July 30, 2019, p.1

33. AICPA 2015 Practice Guide: Forensic & Valuation Services Practice Aid

34. Sonic Case: 1:17-md-02807-JSG Doc #: 343 Filed: 11/02/20 1 of 14. PageID #: 12667

35. Chili's Case No. 3:18-CV-00686-TJC-MCR

36. *Tyson Foods, Inc. v. Bouaphakeo*, 136 S. Ct. 1036, 1046, 194 L. Ed. 2d 124 (2016)

37. *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 686-688 (1946)

38. *Galaria v. Nationwide Mut. Ins. Co.*, 663 F. App'x 384, 388 (6th Cir. 2016)

39. Ponemon Institute Research Report, The Aftermath of a Data Breach: Consumer Sentiment, April 2014.

40. https://www.ponemon.org/about/why-we-are-unique.html

41. Federal Bureau of Investigations website

42. https://www.lifelock.com/learn-data-breaches-steps-to-take-right-after-a-data-breach.html.

43. https://creditcards.usnews.com/articles/credit-card-data-breaches-how-to-handle-them

44. https://www.privacyaffairs.com.  https://www.privacyaffairs.com/dark-web-price-index-2020/

45. https://www.bls.gov/

46. May 2016 National Industry Specific Occupational Employment and Wages Estimate: Bureau of Labor Statistics. https://www.bls.gov/oes/2016/may/oes_nat.htm

47. https://www.bjs.gov/content/pub/pdf/vit16.pdf

48. Yahoo Second Amended Final Approval and Fee Order: https://yahoodatabreachsettlement.com/en/Home/GetDocument/?documentName=Second%20Amended%20Final%20Approval%20and%20Fee%20Order.pdf

49. Equifax Settlement Notice: www.equifaxbreachsettlement.com/admin/services/connectedapps.cms.extensions/1.0.0.0/6fa032d1-c4c1-4544-8e44-672fdf6124e5_1033_Settlement_Agreement_ECF_739-2.pdf

50. the Yahoo settlement, file:///C:/Users/abm/Downloads/Yahoo%20Paid%20Users%20Claim%20Form.pdf, and the Equifax settlement, https://www.equifaxbreachsettlement.com/admin/services/connectedapps.cms.extensions/1.0.0.0/5e30940d-7e11-4b49-b115-6d89a16c0e3f_1033_EFX_-_Final_Claim_Form.pdf

51. *Memphis Cmty. Sch. Dist. v. Stachura*, 477 U.S. 299, 306-07 (1986)

52. https://us.norton.com/products/norton-360-lifelock-select

53. https://www.lendingtree.com/credit-repair/the-pros-and-cons-of-freezing-your-credit/#:~:text=A%20freeze%20protects%20you%20from,from%20fraud%20against%20existing%20accounts

54. https://www.valentiam.com/newsandinsights/valuation-methods (April 21, 2020)

55. https://www.jdsupra.com/legalnews/delaware-court-of-chancery-confirms-81375/

56. https://www.pcmag.com/news/heres-how-much-your-identity-goes-for-on-the-dark-web



57.  https://www.experian.com/blogs/ask-experian/heres-how-much-your-personal-information-is-selling-for-on-the-dark-web/

58.  https://www.forbes.com/sites/bruceupbin/2012/04/09/facebook-buys-instagram-for-1-billion-wheres-the-revenue/#221b365b4b8a

59.  https://www.newsweek.com/facebook-own-instagram-does-companies-apps-data-860732

60.  https://money.cnn.com/2014/02/19/technology/social/facebook-whatsapp/index.html

61.  https://fortune.com/2017/07/28/whatsapp-one-billion-daily-users/

62.  S&P Capital IQ – Facebook, Inc., Q4 2014 Earnings Call, Jan 28, 2015

63.  S&P Capital IQ – Facebook, Inc., Q4 2018 Earnings Call, Jan 30, 2019

64.  https://www.ubdi.com/

65.  https://brave.com/brave-ads-launch/

66.  www.flashpoint-intel.com

67.  www.theprivacy.com

68.  Barnes, R., 2012. "Supreme Court: Warrants Needed in GPS Tracking." Washington Post, January 23.

69.  What is privacy worth? Alessandro Acquisti (Carnegie Mellon University; acquisti@andrew.cmu.edu); Leslie John (Harvard Business School; ljohn@hbs.edu); George Loewenstein (Carnegie Mellon University; gl20@andrew.cmu.edu). Page 9.

70.  Partial quote of Kentucky Statute / Case Law on prejudgment interest (provided by Counsel as quoted herein)

71.  https://secure.identityforce.com/sales_landing/step2?offer=Secure30usc

72.  https://smartasset.com/credit-cards/best-credit-monitoring-services-for-2017

73.  https://www.experian.com/consumer-products/compare-identity-theft-products.html

74.  https://www.cnbc.com/select/best-credit-monitoring-services/

75.  https://www.idtheftauthority.com/equifax-monitoring-review/

76.  https://www.nerdwallet.com/article/finance/comparing-identity-theft-protection-services

77.  https://www.forbes.com/advisor/credit-score/credit-monitoringis-it-worth-paying-for/

78.  Crain, Hopwood, Pacini, Young, *Essentials of Forensic Accounting*, AICPA, (2015) p.440.

79.  https://www.irs.gov/newsroom/identity-theft-information-for-taxpayers-and-victims

80.  https://amresmgt.com/identity-theft-facts/

81.  https://www.lifelock.com/learn-identity-theft-resources-how-long-does-it-take-to-recover-from-identity-theft.html

82.  https://www.allstateidentityprotection.com/content-hub/how-long-does-it-take-to-correct-identity-theft

83.  https://www.safehome.org/identity-theft-protection/protectmyid/

84.  https://www.treasury.gov/tigta/auditreports/2020reports/202040040fr.pdf

85.  https://www.cnbc.com/2014/03/18/ed-to-catch-fraudulent-tax-returns.html

86.  https://www.fraud-magazine.com/article.aspx?id=4294982014

87.  https://krebsonsecurity.com/2017/01/shopping-for-w2s-tax-data-on-the-dark-web/

88.  Tsai et al. 2011. Retrieved from: https://www.jstor.org/stable/23015560



89.   Savage et al. 2013. University of Colorado at Boulder. Retrieved from: https://papers.ssrn.com/sol3/Delivery.cfm/SSRN_ID2341311_code895770.pdf?abstractid=2341311.&mirid=1

90.   Hann et al. 2007. University of Southern California. Retrieved from: https://www.jstor.org/stable/40398677

91.   Png et al. 2007. National University of Singapore. Retrieved from: https://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.114.2679&rep=rep1&type=pdf

See text and footnotes for additional explanation of content sources including select court cases



# Appendix 4

# U.S. Federal Bureau of Investigation Steps to Take







**Step 3: Report identity theft to the FTC.**

☐ Complete the online form or call 1-877-438-4338. Include as many details as possible.

> Based on the information you enter, IdentityTheft.gov will create your Identity Theft Report and recovery plan.
>
> Your identity theft report proves to businesses that someone stole your identity. It also guarantees you certain rights.

☐ If you create an account, we'll walk you through each recovery step, update your plan as needed, track your progress, and pre-fill forms and letters for you.

☐ If you don't create an account, you must print and save your Identity Theft Report and recovery plan right away. Once you leave the page, you won't be able to access or update them.

**You may choose to file a report with your local police department.**

☐ Go to your local police office with:
  - a copy of your FTC Identity Theft Report
  - a government-issued ID with a photo
  - proof of your address (mortgage statement, rental agreement, or utilities bill)
  - any other proof you have of the theft (bills, IRS notices, etc.)
  - FTC's Memo to Law Enforcement [PDF] 🔗

☐ Tell the police someone stole your identity and you need to file a report.

☐ Ask for a copy of the police report. You may need this to complete other steps.



## What To Do Next

🖨 Print Checklist

Take a deep breath and begin to repair the damage.

### ⊖ Close new accounts opened in your name.

☐ Now that you have an FTC Identity Theft Report, call the fraud department of each business where an account was opened.
- Explain that someone stole your identity.
- Ask the business to close the account.
- Ask the business to send you a letter confirming that:
  - the fraudulent account isn't yours
  - you aren't liable for it
  - it was removed from your credit report
- Keep this letter. Use it if the account appears on your credit report later on.

> The business may require you to send them a copy of your FTC Identity Theft Report or complete a special dispute form. This sample letter can help.

☐ Write down who you contacted and when.

### ⊖ Remove bogus charges from your accounts.

☐ Call the fraud department of each business.
- Explain that someone stole your identity.
- Tell them which charges are fraudulent. Ask the business to remove them.
- Ask the business to send you a letter confirming they removed the fraudulent charges.
- Keep this letter. Use it if this account appears on your credit report later on.

> The business may require you to send them a copy of your FTC Identity Theft Report or complete a special dispute form. This sample letter can help.

☐ Write down who you contacted and when.

### ⊖ Correct your credit report.

☐ Write to each of the three credit bureaus. This sample letter can help.
- Include a copy of your FTC Identity Theft Report and proof of your identity, like your name, address, and Social Security number.
- Explain which information on your report came from identity theft.
- Ask them to block that information.
  - TransUnion.com 🔗
    Fraud Victim Assistance Department
    P.O. Box 2000
    Chester, PA 19016
    1-800-680-7289
  - Equifax.com 🔗
    P.O. Box 105069
    Atlanta, GA 30348-5069
    1-800-525-6285
  - Experian.com 🔗
    P.O. Box 9554
    Allen, TX 75013
    1-888-397-3742

> If someone steals your identity, you have the right to remove fraudulent information from your credit report. This is called blocking. Once the information is blocked, it won't show up on your credit report, and companies can't try to collect the debt from you. If you have an FTC Identity Theft Report, credit bureaus must honor your request to block this information.

> If you don't have an FTC Identity Theft Report, you still can dispute incorrect information in your credit file. It can take longer, and there's no guarantee that the credit bureaus will remove the information.



**Consider adding an extended fraud alert or credit freeze.**

| Extended Fraud Alert | Credit Freeze |
|---|---|
| Lets you have access to your credit report as long as companies take steps to verify your identity. | Stops all access to your credit report unless you lift or remove it. |
| Free to place and remove. Available if someone stole your identity. | Free to place and remove. Available to anyone. |
| Lasts for 7 years. | Lasts until you lift or remove it. |
| Set it by contacting each of the three credit bureaus:<br><br>• Report that someone stole your identity. Request an **extended** fraud alert.<br><br>• Complete any necessary forms and send a copy of your FTC Identity Theft Report. | Set it by contacting each of the three credit bureaus. |

Extended fraud alerts and credit freezes can help prevent further misuse of your personal information. There are important differences. This chart can help you decide which might be right for you.

Credit bureau contact information:

• TransUnion.com/credit-help 🔗
  888-909-8872

• Experian.com/help 🔗
  888-EXPERIAN (888-397-3742)

• Equifax.com/personal/credit-report-services 🔗
  800-685-1111

**Review your credit reports often.**

☐ Through April 2021, you can check your reports every week for free at AnnualCreditReport.com 🔗. This can help you spot any new fraud quickly.



## Other Possible Steps

Depending on your situation, you might need to take additional steps.

🖨 Print Checklist

### ⊖ Report a misused Social Security number.

☐ Social Security card lost or stolen? Apply online ☑ for free to get a replacement card.

☐ Do you think someone else is using your Social Security number for work? Review your Social Security work history by creating an account at socialsecurity.gov/myaccount ☑. If you find errors, contact your local SSA office ☑.

### ⊖ Stop debt collectors from trying to collect debts you don't owe.

☐ Write to the debt collector within 30 days of getting the collection letter. This sample letter can help.
  - Tell the debt collector someone stole your identity, and you don't owe the debt.
  - Send copies of your Identity Theft Report and any other documents that detail the theft.

☐ Contact the business where the fraudulent account was opened.
  - Explain that this is not your debt.
  - Tell them to stop reporting this debt to the credit bureaus.
  - Ask for information about the debt, and how it happened. The business must give you details if you ask. This sample letter can help.

> For example, if someone opened a credit card in your name, ask for a copy of the application and the applicant's signature.

☐ If you haven't already, ask the credit bureaus to block information about this debt from your credit report.

> The advice in Disputing Errors on Credit Reports ☑ can help you block fraudulent information from your credit reports.

☐ Write down who you contacted and when. Keep copies of any letters you send.



## ⊖ Replace government-issued IDs.

☐ Social Security card lost or stolen? Apply online ⧉ for **free** to get a replacement card.

☐ Driver's license lost or stolen? Contact the nearest DMV branch ⧉ to report it.

> The state might flag your license number in case someone else tries to use it, or they might suggest that you apply for a replacement license.

☐ Passport lost or stolen? Call the State Department at 1-877-487-2778 or TTY 1-888-874-7793. If you want to replace the passport, you have several options:
  - If you **are** traveling within the next two weeks, make an appointment to apply in person at a Passport Agency or Center ⧉.
  - If you **are not** traveling within two weeks, submit Form DS-11 [PDF] ⧉ and DS-64 [PDF] ⧉ in person at an authorized Passport Application Acceptance Facility ⧉.

## ⊖ Clear your name of criminal charges.

☐ If someone is arrested and uses your name or personal information, contact the law enforcement agency that arrested the thief. You may need to check court records to find out where the thief was arrested.
  - File a report about the impersonation.
  - Give copies of your fingerprints, photograph, and identifying documents.
  - Ask the law enforcement agency to:
    - compare your information to the imposter's
    - change all records from your name to the imposter's name (if you know it)
    - give you a "clearance letter" or "certificate of release" to declare your innocence
  - Keep the clearance letter or "certificate of release" with you at all times.
  - Write down who you contacted and when.



☐ If a court prosecutes an identity thief using your name, contact the court where the arrest or conviction happened.
- Ask the district attorney for records to help you clear your name in court records.
- Provide proof of your identity.
- Ask the court for a "certificate of clearance" that declares you are innocent.
- Keep the "certificate of clearance" with you at all times.

☐ Contact your state Attorney General
- Ask if your state has an "identity theft passport" (a tool you can use to resolve financial issues related to the identity theft) or some other special help for identity theft victims.
- If you get an identity theft passport, keep it with you at all times.

☐ Consider hiring a criminal defense lawyer. The American Bar Association can help you find a lawyer.

☐ Ask the law enforcement agency that arrested the thief which information brokers buy their records.
- Write to the brokers. Ask them to remove errors from your file.

> Information brokers buy criminal records and sell information to employers and debt collectors.

☐ Write down who you contacted and when. Keep copies of any letters you send.

## Steps for Certain Accounts

🖶 Print Checklist

For certain types of accounts, you might have to contact additional offices.

**— Utilities**

☐ If someone used your information to get cable, electric, water, or other similar services, contact the service provider.
- Tell them someone stole your identity.
- Ask them to close the account.

☐ For additional help, contact your state Public Utility Commission and explain the situation.

☐ Write down who you contacted and when. Keep copies of any letters you send.



61

## Phones

☐ Contact the National Consumer Telecom and Utilities Exchange and request your NCTUE Data Report. Review it for any accounts you don't recognize.
- www.nctue.com
- 1-866-349-5185

What is the NCTUE data report? The NCTUE data report is a record of all telecommunication, pay TV and utility accounts reported by exchange members, including information about your account history, unpaid accounts and customer service applications.

☐ If the service provider doesn't resolve the problem, file a complaint with the Federal Communications Commission at 1-888-225-5322 or TTY 1-888-835-5322.

## Government Benefits

☐ Contact the agency that issued the government benefit and explain that someone stole your identity. You can find local government agencies here.

For Social Security Benefits, contact the SSA Office of the Inspector General at www.socialsecurity.gov/oig or 1-800-269-0271.

☐ Ask what you need to do to fix the problem.

☐ If you stopped receiving your benefits because of the identity theft, ask what you need to do to get them reinstated. You may need to appear in person or send something in writing.

☐ Make a note of who you contacted and when.



## Checking accounts

- ☐ Do you think someone opened a checking account in your name? Order a free copy of your ChexSystems report, which compiles information about your checking accounts.
  - To get your report, contact ChexSystems at 1-800-428-9623. Or visit their website .
  - Then contact every financial institution where a new account was opened. Ask them to close the accounts.

- ☐ If someone is writing bad checks against your account, contact your financial institution.
  - Ask them to stop payment on stolen checks and close your account.
  - Ask them to report the theft to its check verification system. The check verification system will tell businesses to refuse the stolen checks.
  - Also, contact any business that took the bad check. Explain that someone stole your identity. Act quickly, before they start collection action against you.

  > You also can contact check verification companies. Report that your checks were stolen. Ask them to tell businesses to refuse the stolen checks.

  > Telecheck 1-800-710-9898

  > Certegy 1-800-437-5120

- ☐ If a business rejects your checks, ask the business for an explanation. The business must tell you what information led them to reject your check.

- ☐ Write down who you contacted and when. Keep copies of any letters you send.

## Student loans

- ☐ Contact the school or program that opened the loan
  - Explain the situation.
  - Ask them to close the loan, and send a letter that says you aren't responsible for the loan.

- ☐ If this is a federal student loan, contact the U.S. Department of Education Office of Inspector General hotline at 1-800-MISUSED (1-800-647-8733).

  > If these steps don't resolve your situation, contact the U.S. Department of Education Federal Student Aid Ombudsman at 1-877-557-2575 or online.

- ☐ Write down who you contacted and when. Keep copies of any letters you send.



## Apartment or House Rentals

☐ Ask the landlord who rented the property to the identity thief what tenant history services they use. Contact those companies. Ask for a copy of your tenant history report, and ask what steps you need to take to correct fraudulent information in the report.

What's a tenant history report? There are several companies that collect and sell information about renters – such as how often a renter was late or if a renter has ever been evicted. If someone leased an apartment in your name, you'll want to correct any errors in your tenant history reports.

☐ Write down who you contacted and when. Keep copies of any letters you send.

## Investment accounts

☐ Call your broker or account manager, and describe the situation.

☐ Write down who you contacted and when. Keep copies of any letters you send.

## Bankruptcy filed in your name

☐ Write to the U.S. Trustee in the region where the bankruptcy was filed. Describe the situation and provide proof of your identity.

The U.S. Trustee Program refers cases of suspected bankruptcy fraud to the U.S. Attorneys for possible prosecution. The U.S. Trustee can't give you legal help, so you may need to hire an attorney.

☐ Consider hiring an attorney. The American Bar Association or a local legal services provider can help you find a lawyer.

An attorney can explain to the court that the bankruptcy filing was fraudulent.

☐ Write down who you contacted and when. Keep copies of any letters you send.



# Special Forms of Identity Theft

🖨 Print Checklist

## Tax Identity Theft

☐ If you get an IRS notice in the mail that says someone used your Social Security number to get a tax refund, follow the instructions provided in the letter.

> Did the notice say you were paid by an employer you don't know? Send a letter to the employer too, explaining that someone stole your identity and that you don't work for the employer.

☐ Complete IRS Identity Theft Affidavit (Form 14039) [PDF] 🔗. Mail or fax the form according to the instructions.

☐ File your tax return, and pay any taxes you owe.

> You might have to mail paper tax returns.

☐ Write down who you contacted and when. Keep copies of any letters you send.

> If these steps don't resolve your situation, contact the IRS for specialized assistance at 1-800-908-4490.

☐ Place a fraud alert. Contact one of the three credit bureaus. That company must tell the other two.
  - TransUnion.com/credit-help 🔗
    888-909-8872
  - Experian.com/help 🔗
    888-EXPERIAN (888-397-3742)
  - Equifax.com/personal/credit-report-services 🔗
    800-685-1111

☐ Get your free credit reports from TransUnion, Experian, and Equifax. Go to annualcreditreport.com 🔗 or call 1-877-322-8228

> Review your reports. If you find any accounts or charges you don't recognize, follow the steps in What to Do Next.



## Child Identity Theft

☐ Did someone use your child's information to commit fraud? Call the company where the fraud occurred.

- Explain that someone stole your child's identity and opened a fraudulent account. Explain that your child is a minor, and cannot enter into legal contracts.

- Ask them to close the fraudulent account and send you a letter confirming that your child isn't liable for the account.

- Send a follow-up letter and include your child's FTC Identity Theft Report and a copy of your child's birth certificate.

- Make a note of who you contacted and when.

☐ To find out if your child has a credit report, request a manual search for your child's Social Security number. Each credit bureau has its own process for this:

- Experian - Click on "Minor child instructions" under "Additional resources"

- TransUnion

- Equifax

> Why check for a credit report? Generally, children won't have credit reports — unless someone is using their information for fraud.

☐ If a credit bureau has a credit report for your child, they will send you a copy of the report. To remove fraudulent accounts, follow the instructions provided with the credit report.

☐ Request a free credit freeze, also known as a security freeze, to make it harder for someone to open new accounts in your child's name. Contact each credit bureau separately and follow its instructions for placing a freeze for a minor:

- Equifax.com/personal/credit-report-services
800-685-1111

- Experian.com/help
888-EXPERIAN (888-397-3742)

- TransUnion.com/credit-help
888-909-8872

> Did someone file taxes using your child's Social Security number? Complete IRS Identity Theft Affidavit (Form 14039) [PDF]. Mail or fax the form according to the instructions. If that doesn't resolve the problem, contact the IRS for specialized assistance at 1-800-908-4490.



## Medical Identity Theft

☐ If you suspect that someone used your information to get medical services, get copies of your medical records:
- Contact each doctor, clinic, hospital, pharmacy, laboratory, and health plan where the thief may have used your information. Ask for copies of your medical records.
- Complete the providers' records request forms and pay any fees required to get copies of your records.
- Check your state's health privacy laws. Some state laws make it easier to get copies of your medical records.

Federal law gives you the right to know what's in your medical files.

Did your provider refuse to give you copies of the records to protect the identity thief's privacy rights? You can appeal. Contact the person listed in your provider's Notice of Privacy Practices, the patient representative, or the ombudsman. Explain the situation and ask for your file.

If the provider refuses to provide your records within 30 days of your written request, you may complain to the U.S. Department of Health and Human Services Office for Civil Rights.

☐ Review your medical records, and report any errors to your health care provider.
- Write to your health care provider to report mistakes in your medical records.
- Include a copy of the medical record showing the mistake.
- Explain why this is a mistake, and how to correct it.
- Include a copy of your FTC Identity Theft Report.
- Send the letter by certified mail, and ask for a return receipt.

Your health care provider should respond to your letter within 30 days. Ask the provider to fix the mistake and notify other health care providers who may have the same mistake in their records.

☐ Notify your health insurer.
- Send your FTC Identity Theft Report to your health insurer's fraud department. Tell them about any errors in your medical records.

☐ If there are medical billing errors on your credit report, notify all three credit reporting companies by following the steps under What to Do Next.

☐ Write down who you contacted and when. Keep copies of any letters you send.

