# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | | |
|---|---|---|
| ANDREA K. SAVIDGE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:17-CV-186-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| PHARM-SAVE INC., d/b/a NEIL | ) | |
| MEDICAL GROUP, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on Plaintiffs' Motion to Strike Defendant's Responses to Plaintiff's Objections, or, Alternatively, for Leave to File a Response to Defendant's Objections. [R. 232]. The Court being sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Motion to Strike Defendant's Responses to Plaintiff's Objections, or, Alternatively, for Leave to File a Response to Defendant's Objections, [**R. 232**], is **GRANTED IN PART** and **DENIED IN PART**.

   a. The motion is **DENIED** to the extent it seeks to strike Defendant's response, [R. 231], from the record.

   b. The motion is **GRANTED** to the extent it seeks leave to respond to Defendant's objections, [R. 229]. Plaintiffs may file a response on or before **August 25, 2025**.

This the 11th day of August, 2025.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record