UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| Andrea K. Savidge, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 3:17-CV-00186-TBR |
| v. | ) | |
| | ) | |
| Pharm-Save, Inc., d/b/a Neil Medical Group | ) | **JOINT STATUS REPORT** |
| | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \*

The parties to this action, by counsel, pursuant to this Court's Order of December 22, 2025, hereby submit the following Joint Status Report:

The Plaintiffs, by counsel, represent that they have undertaken the following efforts, and they have received the following responses from potential class members:

(1) Per this Court's Order, Plaintiffs mailed 343 copies of the class notice and declaration to those individuals whose addresses Pharm-Save provided Plaintiffs with on or before Wednesday, January 21, 2026. Plaintiffs also included a postage prepaid, self-addressed envelope along with the notices and declarations;

(2) Plaintiffs have received zero opt-out notices to date;

(3) Plaintiffs have received zero requests to intervene by potential class members or their counsel to date;

(4) Plaintiffs have received nine (9) declarations, broken down as follows:

    a.  There are four (4) individuals who have returned the declaration and answered it in such a way to indicate that they are a part of the

1

4919-1050-8433, v. 4

class;

b.  There are four (4) individuals who have returned the declaration and answered it in such a way to indicate that they are not a part of the class;

c.  One (1) declaration was returned indicating a potential class member is deceased;

(5) Plaintiffs have received sixty (60) envelopes marked "return to sender", or similar;

(6) Plaintiffs have begun to verify potential class members' addresses with the Coding Accuracy Support System utilizing the National Change of Address database, and will begin to resend notices and declarations on a rolling basis; and

(7) Counsel for Plaintiffs have created a landing page on their firm website for potential class members to receive information about this civil action, and view and download a copy of the Class Notice and Declaration Form. Counsel for Plaintiffs have transmitted the landing page to counsel for Pharm-Save today. The Parties will confer regarding the landing page and will report their position on same to the Court.

Respectively submitted this 23rd day of February, 2026.


/s/ Peter J. Jannace
Peter J. Jannace
HERZFELD, SUETHOLZ, GASTEL, LENISKI and WALL, PLLC
515 Park Avenue
Louisville, Kentucky 40208
(502) 636–4333
F: (502) 636–4342
Peter@hsglawgroup.com


2

*/s/ Joe P. Leniski, Jr. (by PJJ with permission)*
Joe P. Leniski, Jr.*
Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC
223 Rosa L. Parks Ave., 3rd Floor, Suite 300
Nashville, TN 37203
615-800-6225
F: 615-994-8625
joey@hsglawgroup.com

*Admitted Pro Hac Vice*
*Counsel for Plaintiffs*

*/s/ Byron N. Miller (by PJJ with permission)*
Byron N. Miller
Michael J. Bender
Joey A. Wright
THOMPSON MILLER & SIMPSON, PLC
734 West Main Street, Suite 400
Louisville, Kentucky 40202
Telephone: (502) 585-9900
Facsimile: (502) 585-9993
bmiller@tmslawplc.com
mbender@tmslawplc.com
jwright@tmslawplc.com

*Counsel for Defendant Pharm-Save, Inc.*

3