UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANDREA K. SAVIDGE, *et al.*,     )
     )
     Plaintiffs,     )     Civil Action No. 3:17-cv-186-CHB
     )
v.     )
     )     **ORDER**
PHARM-SAVE INC., d/b/a NEIL     )
MEDICAL GROUP,     )
     )
     Defendant.     )

***    ***    ***    ***

This matter is before the Court on the Joint Status Report of the Parties, [R. 247]. In their report, the parties advised that "[t]he landing page issue is now resolved pursuant to agreement of counsel." *Id.* at 1. Accordingly, and the Court being otherwise sufficiently advised,

As previously **ORDERED**, the parties **SHALL** confer and file a joint status report that advises the Court as to the status of the notice process and plans for completing any additional discovery, *see* [R. 225, ¶¶ 3, 4], [R. 242], **by no later than Wednesday, July 1, 2026.**

This the 24th day of March, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record